# EXHIBIT J

CALEA Assessment Report

# CALEA



## Assessment Report for the
## Evansville (IN) Police Department
## 2011

CE000416

was stored with all of the property involved with the case. The only keep negligible amounts of money and jewelry, and the drug evidence was kept in a separate area. The guns were stored together in a secondary area, but there was other evidence there also.

AGENCY ACTION: The agency was receptive to the issue when brought to their attention and immediately deployed personnel to correct the problem. Overnight the agency separated the evidence and now stores the items of value separate from other property. Gun lockers and safes are now utilized to securely store the items separate from all other evidence, and with the required two levels of security. In fact they now have a third level of security on some of the areas.

## I. Standards Noncompliance Discussion

The agency had two standards in Noncompliance.

**1.3.11** .....In-service training for other less lethal weapons and weaponless control techniques shall occur at least biennially. (M)

ISSUE: Proofs provided do not prove OC training as required. The agency trained in August to December of 2010, but did not train in 2008. They did train in August to December 2006, but the course of instruction listed in August to December of 2008 did not include training on OC, just an overview of use of force procedures.

AGENCY ACTION: The required OC training will be conducted again in August to December of 2012. The agency realized the lack of applicable training and completed the required training in 2010. They then changed training procedures to make sure that the training is completed on-schedule in the future.

**84.1.6** In order to maintain a high degree of evidentiary integrity over agency controlled property and evidence, the following documented inspections, inventory, and audits shall be completed: (M)

ISSUE: The agency has six separate areas that house evidentiary property. In complying with this standard, the agency overlooked four of the areas when completing annual audits in 2009 and 2010. The other inspections were completed for all areas. They had done unannounced audits annually, but had placed them in the annual category as they believed that one audit could suffice for both purposes. The unannounced audits did not contain enough of a representative sample to work as annual audits. For 2011 the agency had found the problem and all inspections and audits have been completed for all six areas with a true representative sample being gathered.