# EXHIBIT BB

Use of Force Reports and Incident Reports

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| **Agency Name** *Evansville Police Department* | **Case#** 08-15572 |
| **ORI** IN 0820100 | **Date / Time Reported** 07/16/2008 23:30 Wed |
| | **Last Known Secure** 07/16/2008 23:10 Wed |

**INCIDENT DATA**

| Location of Incident 2346 Sunburst Blvd/beech Dr, Evansville IN | Premise Type *Highway/road/street/alley* | Zone/Tract 2S4, 2S | At Found 07/16/2008 23:20 Wed |
|---|---|---|---|

| | Crime Incident(s) (Com) | Weapon / Tools *NO WEAPON USED* | Activity |
|---|---|---|---|
| **#1** | *Incident Rpt Misc* *INCIDENT RPT* | Entry / Exit / Security | |
| **#2** | Crime Incident ( ) | Weapon / Tools | Activity |
| | | Entry / Exit / Security | |
| **#3** | Crime Incident ( ) | Weapon / Tools | Activity |
| | | Entry / Exit / Security | |

**MO**

## VICTIM

| # of Victims 0 | Type: | Injury: |
|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address | | Home Phone |
|---|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

## OTHERS INVOLVED

| Type: | | Injury: |
|---|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address | | Home Phone |
|---|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| Type: | | Injury: |
|---|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address | | Home Phone |
|---|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Officer/ID# | ▮▮▮ | Supervisor | ▮▮▮ |
|---|---|---|---|
| Invest ID# (0) | | Case Disposition: | Page 1 |

| **Status** | Complainant Signature | Case Status *Suspended* 07/18/2008 | |
|---|---|---|---|

Sys#: 238002     03/20/2013 09:54:36

Printed By: ▮▮▮

# Incident Report Additional Name List

OCA: 08-15572

*Evansville Police Department*

| NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| 1 ) RP 1 | | | H: | | | |
| Address | | | B: | | | |
| Empl/Addr | | | Mobile #: | | | |

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers ███████████████████████

Suspect Hate / Bias Motivated:

NARRATIVE

Officers were dispatched to this location in reference to a fight. While the crowd was dispersing a group of approximately 10-15 black males standing in front of the apartments across from the basketball court began shooting fireworks at officers. The group refused to stop shooting fireworks and leave the area after several verbal commands from officers. One of the bottle rockets landed approximately 5-10 from us and the pepperball launchers were used to disperse the crowd. No arrests were made in the incident because the subjects fled on foot before officers could apprehend them.

Evansville Police Department

OCA: **0815572**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *SUSPENDED*    **Case Mng Status:** *SUSPENDED*    **Occured:** *07/16/2008*

**Offense:** *INCIDENT RPT MISC*

**Investigator:** ███████████    **Date / Time:** *07/17/2008 05:35:06, Thursday*

**Supervisor:** *(0)*    **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**    **Reference:** *Standard Supplement*

SUPPLEMENT
Officer's Name: ███████████
Date:07/16/08
Crime:<>
Date of occurrence:07/16/08
Place: Suburst apts
Victim:

　　While trying to disperse the crowd for The Dust Bowl at Anthony Oats Park, we had approximately 10-15 subjects near an apartment in front of the park, throwing fireworks towards us. We yelled several times at the crowd to disperse, but they refused and continued to light fireworks and throw them our way. I used my pepper ball launcher to fire between 10 to 15 pepperballs to disperse the crowd.
　　No arrests were made because all subjects fled the area once the balls were being disbursed.

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Case# | 09-07012 |
| Date / Time Reported | 04/12/2009 00:30 Sun |
| Last Known Secure | 04/11/2009 22:52 Sat |
| At Found | 04/11/2009 22:52 Sat |

**Agency Name** Evansville Police Department

**ORI** IN 0820100

## INCIDENT DATA

**Location of Incident** 100 E Walnut St, Evansville IN 47713-

**Premise Type** Parking Lot/facility  **Zone/Tract** 2S1, 2S

| # | Crime Incident(s) | | Weapon / Tools | | | | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Disorderly Conduct [bm] (Com) 35-45-1-3 10 [BM] | M | HANDS, FISTS, FEET | | | | |
| | | | Entry | Exit | Security | | |
| #2 | Resist Law Enforcement [am] (Com) 35-44-3-3 10 [AM] | M | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | Security | | |
| #3 | Crime Incident ( ) | | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | Security | | |

**MO** ACCOMPLICES/ONE, SUSPECT ACTIONS-PERS/PHYSICAL FORCE USED, SUSPECT ACTIONS-PERS/VERBAL THREATS

## VICTIM

**# of Victims** 1  **Type:** SOCIETY (STATE OF INDIANA)  **Injury:**

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | State Of Indiana | 1,2 Age | | | | | | |

**Home Address**  **Home Phone**

**Employer Name/Address**  **Business Phone**  **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

## OTHERS INVOLVED

**Type:** INDIVIDUAL/PERSON  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | ▮ | ▮ | | B | M | | Resident | AR  Othe |

**Home Address** ▮  **Home Phone** ▮

**Employer Name/Address** UNEMPLOYED  **Business Phone**  **Mobile Phone**

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

**Home Address**  **Home Phone**

**Employer Name/Address**  **Business Phone**  **Mobile Phone**

## PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| V1 # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## Status

**Officer/ID#** ▮  **Supervisor** (0)

**Invest ID#**

**Complainant Signature**

**Case Status** Cleared By Arrest  04/13/2009

**Case Disposition:** Juvenile Arrest/referral  04/13/2009

Sys#: 261452

Page 1

**Printed By** ▮  03/20/2013 09:59:17

Evansville Police Department

Case# 09-07012

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
| --- | --- | --- | --- | --- | --- | --- |
| **D** | | | | | | |
| **R** | | | | | | |
| **U** | | | | | | |
| **G** | | | | | | |
| **S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers ████████████████████████████████████████

Suspect Hate / Bias Motivated:

Narr. (cont.) OCA: 09-07012

**NARRATIVE**

Officers were dispatched to a fight in reference to over one hundred juveniles fighting at the C.K. Newsome center. Officer arrived and tried to get the crowd to disperse. The crowd continued to fight and yell. Officers had to arrest three juveniles before getting the crowd to disperse.

| | | OCA |
|---|---|---|
| Evansville Police Department | | 09-07012 |
| Victim | Offense | Date / Time Reported |
| *Society* | *DISORDERLY CONDUCT [BM]* | *Sun 04/12/2009 00:30* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Officers were dispatched to a fight in reference to over one hundred juveniles fighting at the C.K. Newsome center. Officer arrived and tried to get the crowd to disperse. The crowd continued to fight and yell. Officers had to arrest three juveniles before getting the crowd to disperse.

Reporting Officer: ███████

Printed By: ███████    03/20/2013 09:59

OCA: 09-07012

*Evansville Police Department*

| | | | | |
|---|---|---|---|---|
| **1** | Name (Last, First, Middle) ███████████████ | Also Known As ███████ | Home Address ██████████ | |

Business Address *BOSSE HIGH SCHOOL/WENDY`S ,STUDENT/GRN RIV 10TH GRADE IN 2010/2011*

| DOB. | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | ██ | B | M | | 507 | 149 | BLK | BRO | | |

Scars, Marks, Tattoos, or other distinguishing features
*PRCD RT  EAR;  PRCD LT  EAR*

| Reported Suspect Detail | Suspect Age ███ | Race B | Sex M | Eth | Height 503 | Weight 135 | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes                                      Physical Char

OCA: **0907012**

*Evansville Police Department*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *CLEARED ARREST-JUV*     **Occured:** *04/11/2009*

**Offense:** *DISORDERLY CONDUCT [BM]*

**Investigator:** ████████

**Supervisor:** *(0)*

**Contact:**

**Date / Time:** *04/12/2009 01:28:12, Sunday*

**Supervisor Review Date / Time:** *NOT REVIEWED*

**Reference:** *Affidavit Juvenile*

---

AFFIDAVIT OF PROBABLE CAUSE

CASE NUMBER:09-07011

I,███████ and ████████, believe that on or about the 11th day of April , 2009 at 2300 hundred hours at 100 E Walnut (CK Newsome), in the City of Evansville, County of Vanderburgh, State of Indiana, the defendant, ████████ ████ a juvenile DOB ████████ did commit the crime(s) of:

CT I Disorderly Conduct            IC CODE: 35-45-1-3 10
CT II Resisting law enforcement    IC CODE: 35-44-3-3 10

The undersigned, being a law enforcement officer with the Evansville Police Department, and being duly sworn upon his/her oath, states that the below information constitutes probable cause for the above crimes, incorporated herein is also any attached sheets which are made a part of this sworn affidavit:

Officers were dispatched to this location in reference to a large fight. Officer ████ and I ████ were arriving at this location as the run was being dispatched. There were over 100 subjects congregated in the grass area directly to the south of the entrance. Several subjects had their shirts off, and were physically fighting. As Officer ████ and I exited our vehicles, the crowd began to disperse. Most of the crowd went inside the building but there were several small groups that had formed near the entrance.

At the center of one of these groups, I observed ████████ who was attempting to get away from several individuals that were holding him back, ████ was not wearing his shirt, and appeared extremely agitated as he shouted "fuck them, get off me". I told ████ to stop shouting and to either go inside or go home. ████ then began to direct his aggression toward me as he attempted to charge me. I again ordered the group several times to disperse and to let go of ████ After numerous verbal commands failed, I deployed pepper spray on the crowd. The pepper spray was effective and the crowd began to disperse. The majority of the group began to funnel inside, with the exception of ████ He began to push people who were trying to usher him inside, at this point I determined that ████████ was under arrest for disorderly conduct.

I grabbed ████ by his right arm and attempted to take him into custody, as I did he began to pull away and shouted "fuck you". I attempted to take ████ to the ground and he began to struggle. Officer ████ assisted and ████████ was forced to the ground and taken into custody. During the takedown ████████ received a cut to the top of his head and was transported to Deaconess Hospital for treatment.

While we were taking ████ into custody, his brother ████████ began to charge us. Officer ████ saw ████████ running toward us and attempted to take him into custody. ████████ began to push away from Officer ████ and he was taken into custody. He was also transported to Deaconess Hospital due to being exposed to pepper spray when the crowd was sprayed.

OCA: **0907012**

*Evansville Police Department*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ARREST*    Case Mng Status: *CLEARED ARREST-JUV*    Occured: *04/11/2009*

Offense: *DISORDERLY CONDUCT [BM]*

Shortly after both subjects were taken into custody, ▮▮▮▮▮ walked outside and began to shout at officers in protest over his friends being arrested. He was walking toward Officer ▮▮▮▮ while several of his friends were attempting to hold him back. Officer ▮▮▮▮ told him several times to stop shouting and ▮▮▮ refused to comply. Officer ▮▮▮ then grabbed ▮▮▮▮ by his right arm as ▮▮▮▮ tried to swing at Officer ▮▮▮ with his left hand. Officer ▮▮▮ and Officer▮▮▮ then took ▮▮▮▮ to the ground where he continued to struggle. ▮▮▮ refused to put his hands behind his back after being issued numerous verbal commands to do so. When the Officers could not get ▮▮▮▮ to comply I walked over to assist. I told ▮▮▮▮ that if he did not put his hands behind his back that he would be tased. When he still refused to comply I deployed my ECD (Serial X00-429361) with a drive stun to the middle of his back. This did not appear to be effective, and I attempted a second drive stun to the middle of his back. The second drive stun was also not effective. I again asked the officers who were attempting to handcuff him if he was still fighting and they said yes. I deployed my ECD with the cartridge (H07-863064) attached to the middle of his back, then to his calf area. This was effective and ▮▮▮▮▮ was taken into custody. He was also transported to Deaconess Hospital for minor scrapes to his face from the takedown and the ECD deployment.

The mothers of all three subjects arrived at the scene, they were advised of the circumstances and that the defendants would be placed in YCC. They were all then transported to YCC after being treated at Deaconess Hospital.

Your affiant believes that any person who supplied the above information to your affiant speaks from personal knowledge and observation and are reliable and credible inasmuch as they volunteered information to your affiant in the course of your affiant's investigation as a law enforcement officer. Your affiant believes there is a factual basis for the above information as your affiant's personal observation corroborated said information.

I affirm under the penalties of perjury that the foregoing representations are true to the best of my knowledge.

Affiant: Officer Michael ▮▮▮▮ _____    Date: 04/11/2009

Affiant: Officer ▮▮▮▮ _____    Date: 04/11/2009

Guardian Information
Parent/Guardian/Custodian
Guardian's Name: ▮▮▮▮▮
Telephone Number: ▮▮▮▮

## COURT DETERMINATION OF PROBABLE CAUSE

CASE NUMBER: 09-07011

The Court having examined the above Affidavit of Probable Cause hereby finds that there is not Probable Cause to order the defendant bound over and the defendant is to be released forthwith, and any bond posted by the defendant herein to be released.

Judge: _____

*Evansville Police Department*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ARREST*    Case Mng Status: *CLEARED ARREST-JUV*    Occured: *04/11/2009*

Offense: *DISORDERLY CONDUCT [BM]*

The Court having examined the above Affidavit of Probable Cause hereby finds that there is Probable Cause to establish that the defendant committed the offense(s) of {_____} this{_____}day of{_____},20{___}, and the defendant is ordered held in the Vanderburgh County Jail until the {___}day of{_____},20{___},at{_____}o`clock{__}M by which time the State of Indiana is to file formal charges herein, and the defendant`s bond is set in the amount of ${_____}, defendant is ordered to appear for the initial hearing on the {_____}day of{_____},20{___},at{___}o`clock{__}M.

Judge:_____

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name **Evansville Police Department** | Case# **09-11840** |
| ORI **IN 0820100** | Date / Time Reported **06/12/2009 03:14 Fri** |
| | Last Known Secure **06/12/2009 03:05 Fri** |
| Location of Incident **999 E Walnut St/s Kentucky Ave, Evansville IN** | At Found **06/12/2009 03:10 Fri** |

**INCIDENT DATA**

| Premise Type **Parking Lot/facility** | Zone/Tract **2S1, 2S** |
|---|---|

| | |
|---|---|
| #1 Crime Incident(s) (Com) **Incident Rpt Misc** **INCIDENT RPT** | Weapon / Tools **NO WEAPON USED** |
| | Entry / Exit / Security | Activity |
| #2 Crime Incident ( ) | Weapon / Tools |
| | Entry / Exit / Security | Activity |
| #3 Crime Incident ( ) | Weapon / Tools |
| | Entry / Exit / Security | Activity |

**MO**

**VICTIM**

| # of Victims **0** | Type: | Injury: |
|---|---|---|

| V1 Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|

| Home Address | | Home Phone |
|---|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| | Type: | | Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status | |

| Home Address | | Home Phone |
|---|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| | Type: | | Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status | |

| Home Address | | Home Phone |
|---|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| V1 # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Status**

| Officer/ID# ▮▮▮▮▮ | Supervisor ▮▮▮▮▮ |
|---|---|
| Invest ID# **(0)** | Case Disposition: |
| Complainant Signature | Case Status **Suspended** **06/14/2009** | Page 1 |
| Printed By: ▮▮▮▮▮ | Sys#: 266967 | 03/20/2013 09:56:49 |

*Evansville Police Department*

Additional Name List

| NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| 1 ) *RP  1* | | | | | | |
| Address | | | H: | | | |
| Empl/Addr | | | B: | | | |
| | | | Mobile #: | | | |

| Status Codes | | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown | | | | |
|---|---|---|---|---|---|---|
| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
| **D** | | | | | | |
| **R** | | | | | | |
| **U** | | | | | | |
| **G** | | | | | | |
| **S** | | | | | | |

Assisting Officers ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Suspect Hate / Bias Motivated:

Narr. (cont.)  OCA: 09-11840

**NARRATIVE**

Officers were on scene in reference to a large crowd gathering on the lot of the BP at Walnut and Kentucky. A large portion of the group came from Hammerheads, where officers advised they had several arguments and fights. There were approximately 75 people on the lot while a large tanker truck was filling the underground tanks with fuel. I observed several individuals near the south east corner of the building begin to fight. This was approximately 5 to 10 feet from where the tanker truck was filling.

At the time of the fight there were only a few officers on scene to disperse the fight. I deployed approximately 20 pepperballs into the crowd. The pepperballs were effective in stopping the fight and dispersing the crowd. No arrests were made due to the size of the crowd and the number of officers on scene.

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| **Agency Name** Evansville Police Department | **Case#** 09-13174 |
| **ORI** IN 0820100 | **Date / Time Reported** 06/28/2009 03:12 Sun |
| | **Last Known Secure** 06/28/2009 03:05 Sun |
| **Location of Incident** 15 S Green River Rd, Evansville IN | **Premise Type** Bar/nightclub/lounge — **Zone/Tract** 2E2, 2E — **At Found** 06/28/2009 03:10 Sun |

## INCIDENT DATA

| | Crime Incident(s) | (Com) | Weapon / Tools | NO WEAPON USED | | Activity |
|---|---|---|---|---|---|---|
| #1 | Incident Rpt Misc INCIDENT RPT | | Entry | Exit | Security | Activity |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

## VICTIM

| # of Victims 0 | Type: | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **V1** Victim/Business Name (Last, First, Middle) | | | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | Home Phone | | | |
| Employer Name/Address | | | | | Business Phone | | Mobile Phone | | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

## OTHERS INVOLVED

| | Type: INDIVIDUAL/PERSON | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code RP | Name (Last, First, Middle) ▓▓▓▓▓▓ | | | Victim of Crime # | DOB Age | Race W | Sex M | Relationship To Offender | Resident Status Resident | Military Branch/Status |
| Home Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | Home Phone | | | |
| Employer Name/Address | EPD (POLICE) | | | | Business Phone | | Mobile Phone | | | |

| | Type: | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | Home Phone | | | |
| Employer Name/Address | | | | | Business Phone | | Mobile Phone | | | |

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| **Officer/ID#** ▓▓▓▓▓▓ | | | **Supervisor** ▓▓▓▓▓▓ | |
| **Invest ID#** (0) | | | | |
| **Status** | **Complainant Signature** ▓▓▓▓ | **Case Status** Other   06/28/2009 | **Case Disposition:** Closed-non Criminal   06/28/2009 | **Page 1** |
| | | | Sys#: 268514 | 03/20/2013 09:57:24 |

Printed By: ▓▓▓▓▓▓

*Evansville Police Department*

Case# *09-13174*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
████████████████████

Suspect Hate / Bias Motivated:

INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 09-13174    *Evansville Police Department*    Page 2

NARRATIVE

While exiting the Lloyd Expressway onto Green River, I observed a large crowd forming on the lot of Icon. As I entered the lot I could see that the majority of the individuals were focused on the west side of the lot. When I got over to that area there was a large group that was fighting but began to disperse as I approached. There were several people who had blood on them and their clothes were stretched or torn from fighting. I gave numerous verbal commands for the crowd to leave the lot. Some of the individuals began to shout and challenge each other to fight once again. When the groups refused to leave after numerous verbal commands I deployed approximately 5 rounds from the pepperball launcher to disperse the crowd. There were over 100 people on the lot at the time of this incident and ████ and myself were the only officers on scene. The launcher was effective at dispersing the crowd and there were no arrests made due to the size of the crowd.

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Case# | 09-15935 |

**Agency Name:** Evansville Police Department

**ORI:** IN 0820100

| Date / Time Reported | 08/02/2009 02:46 Sun |
|---|---|
| Last Known Secure | 08/02/2009 01:40 Sun |
| At Found | 08/02/2009 02:15 Sun |

**Location of Incident:** 321 N Congress Ave, Evansville IN

**Premise Type:** Parking Lot/facility

**Zone/Tract:** 2E2, 2E

**Activity:**

### INCIDENT DATA

| | Crime Incident(s) | (Com) | Weapon / Tools | | | |
|---|---|---|---|---|---|---|
| #1 | Alc-public Intox [bm] 7.1-5-1-3 [BM] | M | NO WEAPON USED | | | |
| | | | Entry | Exit | Security | Activity |
| #2 | Crime Incident Resist Law Enforcement [am] 35-44-3-3 10 [AM] | (Com) M | Weapon / Tools | | | |
| | | | Entry | Exit | Security | Activity |
| #3 | Crime Incident Trespass [am] 35-43-2-2 10 [AM] | (Com) M | Weapon / Tools | | | |
| | | | Entry | Exit | Security | Activity |

**MO**

### VICTIM

**# of Victims** 2 **Type:** SOCIETY (STATE OF INDIANA) **Injury:**

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | State Of Indiana | 1,2 | | | | | | |

**Home Address** | **Home Phone**

**Employer Name/Address** | **Business Phone** | **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

### OTHERS INVOLVED

**Type:** BUSINESS **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | ▮▮▮▮▮▮▮ | 3 | | | | | | |

**Home Address** ▮▮▮▮▮▮▮▮▮▮ | **Home Phone**

**Employer Name/Address** | **Business Phone** | **Mobile Phone**

**Type:** **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address** | **Home Phone**

**Employer Name/Address** | **Business Phone** | **Mobile Phone**

### PROPERTY

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Officer/ID#** ▮▮▮▮▮▮▮

**Invest ID#** (0)

**Supervisor** (0)

| | | |
|---|---|---|
| **Status** | **Complainant Signature** | **Case Status** Cleared By Arrest 08/03/2009 |

**Case Disposition:** Adult Arrested 08/03/2009

**Page 1**

**Printed By** ▮▮▮▮▮▮▮

Sys#: 271737

03/20/2013 10:02:20

*Evansville Police Department*   Case# *09-15935*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown | | | | |
|---|---|---|---|---|---|
| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated

---

Narr. (cont.) OCA: 09-15935

**NARRATIVE**

I responded to 321 N Congress Ave (Karanchos) to assist Officer ████ who asked for additional units. When I arrived I could see Officer ████, and Officer ████ struggling with a suspect who they had taken into custody (09-15934). A large crowd had formed around where these officers where struggling with the suspect. I gave several verbal commands for the crowd to disperse, and to get away from the officers. Several of the individuals were shouting at Officer ████ and ████ in protest that they were arresting one of their family members. When my verbal commands were not successful at moving the crowd away from the officers, I retrieved the pepper ball launcher. I fired three bursts of air only, while again warning the crowd to leave the area.

One individual, later identified as the defendant, ████████████, began shouting at me, telling me that he did not have to leave. The defendant's actions began to incite others in the crowd, causing them to get more animated in their protests. There were approximately thirty people gathered outside, and officers were outnumbered by at least four to one. I told the defendant that if he did not leave the property immediately, that he would be arrested for trespass and I would fire at him. The defendant raised both of his arms, as he stood still in the parking lot. I deployed three pepper ball rounds at the defendant, he then ran north away from officers. This also caused the rest of the crowd to disperse, away from officers. While continuing to clear the lot, I observed the defendant hiding behind a van. I ordered him to place his hands on top of his head, and walk to me. He followed my commands and he was taken into custody.

As I placed the defendant into custody, I could smell the strong odor of alcoholic beverages coming form his breath. His speech was also slurred, and he was unsteady on his feet. His actions interfered with Officer ████ and ████ while they attempted to take the other suspect into custody. The defendant sustained only a small amount of redness and swelling to his right shoulder, as a result of the impact from the pepper ball rounds.

# Incident Report Suspect List

OCA: *09-15935*

| 1 | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| | ▓▓▓▓▓▓▓▓ | | ▓▓▓▓▓▓▓▓ |

Business Address  *COLUMBUS CREW STADIUM* ,

| DOB. | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | ▓ | *W* | *M* | *H* | *507* | *155* | *BLK* | *BRO* | | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age ▓ | | Race *W* | Sex *M* | Eth *H* | Height *507* | Weight *155* | SSN |
|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel | |
| | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN | |

Notes                                                      Physical Char

OCA: **0915935**

*Evansville Police Department*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | |
|---|---|
| Case Status: *CLEARED BY ARREST* | Case Mng Status: *CLEARED BY ARREST-ADULT*  Occured: *08/02/2009* |

Offense: *ALC-PUBLIC INTOX [BM]*

Investigator: ███████

Supervisor: *(0)*

Contact:

Date / Time: *08/02/2009 03:25:16, Sunday*

Supervisor Review Date / Time: *NOT REVIEWED*

Reference: *Affidavit Of Probable Cause*

---

## AFFIDAVIT OF PROBABLE CAUSE

CASE NUMBER: 09-15935

I, ███████ believe that on or about the 2nd day of August, 2009 at 0210 hundred hours at 321 N Congress (Karanchos), in the City of Evansville, County of Vanderburgh, State of Indiana, the defendant, ████████ ████████ did commit the crime(s) of:

CT I  Public Intoxication       IC CODE: 7.1-5-1-3
CT II  Resisting law enforcement  IC CODE: 35-44-3-3 10
CT III  Trespass                IC CODE: 35-43-2-2 10

The undersigned, being a law enforcement officer with the Evansville Police Department, and being duly sworn upon his/her oath, states that the below information constitutes probable cause for the above crimes, incorporated herein is also any attached sheets which are made a part of this sworn affidavit:

I responded to 321 N Congress Ave (Karanchos) to assist Officer ███████ who asked for additional units. When I arrived I could see Officer ███████, and Officer ███████, struggling with a suspect who they had taken into custody (09-15934). A large crowd had formed around where these officers where struggling with the suspect. I gave several verbal commands for the crowd to disperse, and to get away from the officers. Several of the individuals were shouting at Officer ███████ and ███████ in protest that they were arresting one of their family members. When my verbal commands were not successful at moving the crowd away from the officers, I retrieved the pepper ball launcher. I fired three bursts of air only, while again warning the crowd to leave the area.

One individual, later identified as the defendant, ████████ began shouting at me, telling me that he did not have to leave. The defendant's actions began to incite others in the crowd, causing them to get more animated in their protests. There were approximately thirty people gathered outside, and officers were outnumbered by at least four to one. I told the defendant that if he did not leave the property immediately, that he would be arrested for trespass and I would fire at him. The defendant raised both of his arms, as he stood still in the parking lot. I deployed three pepper ball rounds at the defendant, he then ran north away from officers. This also caused the rest of the crowd to disperse, away from officers. While continuing to clear the lot, I observed the defendant hiding behind a van. I ordered him to place his hands on top of his head, and walk to me. He followed my commands and he was taken into custody.

As I placed the defendant into custody, I could smell the strong odor of alcoholic beverages coming form his breath. His speech was also slurred, and he was unsteady on his feet. His actions interfered with Officer ███ and ███ while they attempted to take the other suspect into custody. The defendant sustained only a small amount of redness and swelling to his right shoulder, as a result of the impact from the pepper ball rounds.

OCA: **0915935**

*Evansville Police Department*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ARREST*       Case Mng Status: *CLEARED BY ARREST-ADULT*    Occured: *08/02/2009*

Offense: *ALC-PUBLIC INTOX [BM]*

    Your affiant believes that any person who supplied the above information to your affiant speaks from personal knowledge and observation and are reliable and credible inasmuch as they volunteered information to your affiant in the course of your affiant's investigation as a law enforcement officer.  Your affiant believes there is a factual basis for the above information as your affiant's personal observation corroborated said information.

    I affirm under the penalties of perjury that the foregoing representations are true to the best of my knowledge.

Affiant: Officer ████████                                           Date:08/20/2009


        COURT DETERMINATION OF PROBABLE CAUSE

    CASE NUMBER:09-15935


The Court having examined the above Affidavit of Probable Cause hereby finds that there is not Probable Cause to order the defendant bound over and the defendant is to be released forthwith, and any bond posted by the defendant herein to be released.



            JUDGE:_____


The Court having examined the above Affidavit of Probable Cause hereby finds that there is Probable Cause to establish that the defendant committed the offense(s)of{_____}
this{_____} day of{_____} 20{__} , and the defendant is ordered held in the Vanderburgh County Jail until the{_____} day of{_____} , 20{__} , at{_____}
o`clock {_}M by which time the State of Indiana is to file formal charges herein, and the defendant`s bond is set in the amount of {$_____} , defendant is ordered to appear for the initial hearing on the{_____} day of{_____},
20{__} , at{_____} o`clock {_}M.



JUDGE:{_____}

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name | Case# 09-19344 |
| *Evansville Police Department* | Date / Time Reported *09/13/2009 03:52 Sun* |
| ORI *IN 0820100* | Last Known Secure *09/13/2009 02:45 Sun* |

**INCIDENT DATA**

| Location of Incident *15 S Green River Rd, Evansville IN* | Premise Type | Zone/Tract 2E2, 2E | At Found *09/13/2009 03:10 Sun* |
|---|---|---|---|

| #1 | Crime Incident(s) *Alc-public Intox [bm]* *7.1-5-1-3 [BM]* | (Com) M | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #2 | Crime Incident *Disorderly Conduct [bm]* *35-45-1-3 10 [BM]* | (Com) M | Weapon / Tools | Entry | Exit | Security | Activity |
| #3 | Crime Incident *Resist Law Enforcement [am]* *35-44-3-3 10 [AM]* | (Com) M | Weapon / Tools | Entry | Exit | Security | Activity |

**MO**

---

**VICTIM**

# of Victims *2*  Type: SOCIETY (STATE OF INDIANA)  Injury:

| V1 | Victim/Business Name (Last, First, Middle) *State Of Indiana* | Victim of Crime # *1,2,3* | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address | | | | Home Phone |
|---|---|---|---|---|

| Employer Name/Address | | Business Phone | Mobile Phone |
|---|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

---

**OTHERS INVOLVED**

Type: BUSINESS  Injury:

| Code V2 | Name (Last, First, Middle) *TOP SPOT OUTDOORS* | Victim of Crime # *4* | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address *11 S Green River Rd Evansville, IN 47715* | | | | Home Phone |
|---|---|---|---|---|

| Employer Name/Address | | Business Phone *812-476-8677* | Mobile Phone |
|---|---|---|---|

Type:  Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address | | | | Home Phone |
|---|---|---|---|---|

| Employer Name/Address | | Business Phone | Mobile Phone |
|---|---|---|---|

---

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

---

**Status**

| Officer/ID# ▆▆▆▆▆▆▆ | | Supervisor *(0)* | |
|---|---|---|---|
| Invest ID# *(0)* | | | |
| Complainant Signature | Case Status *Cleared By Arrest* *09/15/2009* | Case Disposition: *Adult Arrested* *09/15/2009* | Page 1 |

Printed By ▆▆▆▆▆▆  Sys#: 276021  03/20/2013 09:57:59

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---------|-------------------|----------|---------|---------------------|
| # 4 | TRESPASS [AM] | M | 35-43-2-2 10 [AM] | Com |

*Evansville Police Department*

Case# *09-19344*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Suspect Hate / Bias Motivated:

Narr. (cont.)  OCA: 09-19344

**NARRATIVE**

Officers were on scene in reference to a large crowd. While attempting to make an arrest, the crowd began to approach the arresting officer. Numerous pepper ball rounds were used to keep the crowd away from officers. The defendants were struck with rounds and then arrested. See affidavit for further.

# REPORTING OFFICER NARRATIVE

| | OCA |
|---|---|
| Evansville Police Department | 09-19344 |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *Society* | *ALC-PUBLIC INTOX [BM]* | *Sun 09/13/2009 03:52* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Approximately 30 pepperball rounds were deployed to disperse the crowd, and keep them away from officers who were making an arrest.

# Incident Report Suspect List

*Evansville Police Department*

| | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 1 | ███████████████ | | ████████████████ |

| Business Address | UNEMPLOYED ,NONE | | | | | | | | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|

| DOB. | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | 22 | B | M | | 510 | 200 | BLK | BRO | BLK | ████████ |

Scars, Marks, Tattoos, or other distinguishing features
*TAT  UPPR ARM / CHINESE LETTERS*

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes / Physical Char

---

| | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 2 | ███████████ | | ███████████ |

| Business Address | EVANSVILLE ARC ,FACTORY WORKER | | | | | | | | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|

| DOB. | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ████████ | 21 | B | M | N | 600 | 190 | BLK | BRO | DRK | ████████ |

Scars, Marks, Tattoos, or other distinguishing features
*TAT  UPPR ARM / "DAMON"*

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes / Physical Char

*Evansville Police Department*

OCA: **0919344**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status:  *CLEARED BY ARREST*     Case Mng Status:  *CLEARED BY ARREST-ADULT*   Occured:  *09/13/2009*

Offense:  *ALC-PUBLIC INTOX [BM]*

Investigator:  ███████████            Date / Time:  *09/13/2009 05:10:30, Sunday*

Supervisor:  *(0)*                    Supervisor Review Date / Time:  *NOT REVIEWED*

Contact:                             Reference:  *Affidavit Of Probable Cause*

---

AFFIDAVIT OF PROBABLE CAUSE

CASE NUMBER: 09-19344

I, ███████, believe that on or about the 13th day of September, 2009 at 0300 hundred hours at 15 S Green River Rd, in the City of Evansville, County of Vanderburgh, State of Indiana, the defendants, ███████ and ███████ ███, did commit the crime(s) of:

| | |
|---|---|
| CT I Public Intoxication | IC CODE: 7.1-5-1-3 |
| CT II Disorderly conduct | IC CODE: 35-45-1-3 10 |
| CT III Resisting law enforcement | IC CODE: 35-44-3-3 10 |
| CT IV Trespass | IC CODE: 35-43-2-2 10 |

The undersigned, being a law enforcement officer with the Evansville Police Department, and being duly sworn upon his/her oath, states that the below information constitutes probable cause for the above crimes, incorporated herein is also any attached sheets which are made a part of this sworn affidavit:

Officers were on scene at Icon nightclub in reference to a large crowd on the lot. While making several arrests on the lot, the crowd began to surround officers. We gave numerous commands for the people in the crowd to back away from officers. At one time there were more than 250 people on the lot after the club had closed. Officers were greatly outnumbered, and the crowd continued to linger after being told to leave.

While Officer ████ was effecting an arrest near the entrance to the building (09-19340), the crowd began to converge on us. The defendants (Copeland and Smith) began to walk toward us while shouting in protest. As they approached I gave numerous verbal commands to stop shouting, leave the property, and to stay away from officers. When they ignored my commands I deployed 8-10 pepper ball rounds to keep the defendants back. At this time numerous backup officers were arriving on scene and it became safe to take the defendants into custody.

As we approached the defendants they were ordered to place their hands behind their back. I made contact with ███████, and ███████ made contact with ███. While attempting to place handcuffs on ███████ he pulled his arms away several times and was forced onto the hood of a car to control his movement. Officer ████ assisting in gaining control of the Copeland's hands and he was taken into custody. While Officer ████ and I struggled with Copeland, ███████ attempted to take Smith into custody as well. Smith initially would not place his hands behind his back after being told several times to do so. Smith was also forced onto the hood of a nearby vehicle to control his movements. ███████ was then able to place Smith in handcuffs after a brief struggle.

While loading both defendants into the transport vehicle, I observed the odor of alcoholic beverages coming from the breath, bloodshot eyes and slurred speech. Both defendants had abusive attitudes as well. They were transported to the

*Evansville Police Department*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *CLEARED BY ARREST-ADULT*     **Occured:** *09/13/2009*

**Offense:** *ALC-PUBLIC INTOX [BM]*

VCCC without further incident.

Your affiant believes that any person who supplied the above information to your affiant speaks from personal knowledge and observation and are reliable and credible inasmuch as they volunteered information to your affiant in the course of your affiant's investigation as a law enforcement officer. Your affiant believes there is a factual basis for the above information as your affiant's personal observation corroborated said information.

I affirm under the penalties of perjury that the foregoing representations are true to the best of my knowledge.

Affiant:█████████_____     Date:09/13/2009

## COURT DETERMINATION OF PROBABLE CAUSE

CASE NUMBER:09-19344

The Court having examined the above Affidavit of Probable Cause hereby finds that there is not Probable Cause to order the defendant bound over and the defendant is to be released forthwith, and any bond posted by the defendant herein to be released.

JUDGE:_____

The Court having examined the above Affidavit of Probable Cause hereby finds that there is Probable Cause to establish that the defendant committed the offense(s)of{_____} this{_____} day of{_____} 20{__} , and the defendant is ordered held in the Vanderburgh County Jail until the{_____} day of{_____} , 20{__} , at{____} o`clock {_}M by which time the State of Indiana is to file formal charges herein, and the defendant's bond is set in the amount of {$_____} , defendant is ordered to appear for the initial hearing on the{____} day of{_____}, 20{__} , at{____} o`clock {_}M.

JUDGE:{_____}

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name | Case# **09-19345** |
| **Evansville Police Department** | Date / Time Reported **09/13/2009  03:52 Sun** |
| ORI **IN 0820100** | Last Known Secure **09/13/2009  03:52 Sun** |

**INCIDENT DATA**

| Location of Incident: **15 S Green River Rd, Evansville IN** | Premise Type | Zone/Tract **2E2, 2B** | At Found **09/13/2009  03:52 Sun** |
|---|---|---|---|

| | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | **Alc-public Intox [bm]** **7.1-5-1-3 [BM]** | M | Entry | Exit | Security | |
| #2 | Crime Incident **Disorderly Conduct [bm]** **35-45-1-3 10 [BM]** | (Com) M | Weapon / Tools — Entry | Exit | Security | Activity |
| #3 | Crime Incident **Trespass [am]** **35-43-2-2 10 [AM]** | (Com) M | Weapon / Tools — Entry | Exit | Security | Activity |

**MO**

**VICTIM**

| # of Victims **2** | Type: SOCIETY (STATE OF INDIANA) | Injury: |
|---|---|---|

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | **State Of Indiana** | **1,** | | | | | Home Phone | |

Home Address

Employer Name/Address — Business Phone — Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES: V- Victim (Denote V2, V3)    O = Owner (if other than victim)    R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

| Type: BUSINESS | Injury: |
|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | **TOP SPOT OUTDOORS** | **1,** | | | | | Home Phone | |

Home Address **11 S Green River Rd Evansville, IN 47715**

Employer Name/Address — Business Phone **812-476-8677** — Mobile Phone

| Type: | Injury: |
|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Home Phone | |

Home Address

Employer Name/Address — Business Phone — Mobile Phone

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Status**

| Officer/ID# ███████ | Supervisor **(0)** | |
|---|---|---|
| Invest ID# **(0)** | | |
| Complainant Signature | Case Status *Cleared By Arrest* **09/15/2009** | Case Disposition: *Adult Arrested* **09/15/2009** | **Page 1** |

Printed By ███████

Sys#: 276022                03/20/2013 09:58:36

*Evansville Police Department*

Case# *09-19345*

| Status Codes | 1 = None    2 = Burned    3 = Counterfeit / Forged    4 = Damaged / Vandalized    5 = Recovered    6 = Seized    7 = Stolen    8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Assisting Officers**
▮▮▮▮▮▮▮▮▮▮

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 09-19345

*Evansville Police Department*

**NARRATIVE**

Officers were on scene in reference to a large crowd. While attempting to make an arrest, the crowd began to approach the arresting officer. Numerous pepper ball rounds were used to keep the crowd away from officers. The defendant was struck with rounds and then arrested. See affidavit for further.

*Evansville Police Department*

| Victim | Offense | Date / Time Reported |
| --- | --- | --- |
| *Society* | *ALC-PUBLIC INTOX [BM]* | *Sun 09/13/2009 03:52* |

THE INFORMATION BELOW IS CONFIDENTIAL – FOR USE BY AUTHORIZED PERSONNEL ONLY

Approximately 30 pepperball rounds were deployed to disperse the crowd, and keep them away from officers who were making an arrest.

Reporting Officer: ⬛⬛⬛⬛⬛⬛
Printed By ⬛⬛⬛⬛⬛⬛  03/20/2013 09:58

# Incident Report Suspect List

*Evansville Police Department*

| 1 | Name (Last, First, Middle) ███████████ | Also Known As | Home Address ███████████ |
|---|---|---|---|

Business Address *UNEMPLOYED*
    *812-760-1002 ,*

Driver's License / State. ███████████

| DOB. ████ | Age 20 | Race B | Sex F | Eth | Hgt 504 | Wgt 151 | Hair BRO | Eye BRO | Skin MBR |
|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

*TAT RT SIDE / ZODIAC SIGN; SC NONS KNEE / SURGERY SCAR; TAT LOW LEG / FLOWER; TAT LT WRIST / "VALICIA 5-25-67"; TAT UPPR ARM / ROSE "KENAZ"*

Reported Suspect Detail    Suspect Age

| Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

Notes _____    Physical Char _____

*Evansville Police Department*

OCA: **0919345**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *CLEARED BY ARREST-ADULT*   Occurred: *09/13/2009*

**Offense:** *ALC-PUBLIC INTOX [BM]*

**Investigator:** ▆▆▆▆▆▆▆

**Supervisor:** *(0)*

**Contact:**

Date / Time: *09/13/2009 06:18:32, Sunday*

Supervisor Review Date / Time: *NOT REVIEWED*

Reference: *Affidavit Of Probable Cause*

---

AFFIDAVIT OF PROBABLE CAUSE

CASE NUMBER: 09-19345

I, ▆▆▆▆▆ believe that on or about the 13th day of September, 2009 at 0300 hundred hours at 15 S Green River Rd. (Icon), in the City of Evansville, County of Vanderburgh, State of Indiana, the defendant, ▆▆▆▆▆▆ did commit the crime(s) of:

CT I  Public Intoxication        IC CODE: 7.1-5-1-3
CT II Disorderly conduct         IC CODE: 35-45-1-3 10
CT III Trespass                  IC CODE: 35-43-2-2 10


The undersigned, being a law enforcement officer with the Evansville Police Department, and being duly sworn upon his/her oath, states that the below information constitutes probable cause for the above crimes, incorporated herein is also any attached sheets which are made a part of this sworn affidavit:

Officers were on scene at Icon nightclub in reference to a large crowd on the lot. While making several arrests on the lot, the crowd began to surround officers. We gave numerous commands for the people in the crowd to back away from officers. At one time there were more than 250 people on the lot after the club had closed. Officers were greatly outnumbered, and the crowd continued to linger after being told to leave.

The defendant approached officers several times, protesting the fact that we were making arrests. She shouted obscenities at officers and began to interfere with our actions. After ignoring numerous commands to leave the area and to stop shouting; I deployed several pepper ball rounds at the defendant to keep her away. Several minutes later after the other subjects were taken into custody; the defendant remained on scene continuing to shout in protest. At this time several backup officers were on scene and were able to take her into custody.

While taking the defendant into custody I observed the strong odor of alcoholic beverages coming from her breath, bloodshot eyes, and slurred speech.


Your affiant believes that any person who supplied the above information to your affiant speaks from personal knowledge and observation and are reliable and credible inasmuch as they volunteered information to your affiant in the course of your affiant's investigation as a law enforcement officer. Your affiant believes there is a factual basis for the above information as your affiant's personal observation corroborated said information.

I affirm under the penalties of perjury that the foregoing representations are true to the best of my knowledge.

Affiant: Officer ▆▆▆▆▆▆        Date: 09/13/2009

*Evansville Police Department*

OCA: **0919345**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST-ADULT*    **Occured:** *09/13/2009*

**Offense:** *ALC-PUBLIC INTOX [BM]*

## COURT DETERMINATION OF PROBABLE CAUSE

CASE NUMBER:09-19345

The Court having examined the above Affidavit of Probable Cause hereby finds that there is not Probable Cause to order the defendant bound over and the defendant is to be released forthwith, and any bond posted by the defendant herein to be released.

JUDGE:_____

The Court having examined the above Affidavit of Probable Cause hereby finds that there is Probable Cause to establish that the defendant committed the offense(s)of{_____}
this{_____} day of{_____} 20{___} , and the defendant is ordered held in the Vanderburgh County Jail until the{_____} day of{_____} , 20{___} , at{_____} o`clock {_}M by which time the State of Indiana is to file formal charges herein, and the defendant's bond is set in the amount of {$_____} , defendant is ordered to appear for the initial hearing on the{_____} day of{_____}, 20{__} , at{_____} o`clock {_}M.

JUDGE:{_____}



# OFFICE OF
# Evansville Police Department
## Use of Force Report

INCIDENT INFORMATION

Date of this Report:    11/01/2009        Date of Incident::  11/01/2009        Time of Incident: 02:50

Location of Incident:  15  S GREEN RIVER RD, EVANSVILLE, IN 47715

Case number:   0923122

Type of force (Effective Y/N)

a.) PEPPER BALL LAUNCHER        b.)                                c.)

Other (explain):

At the time of the incident, the officer was in    UNIFORM

Name and xray numbers of all officers present at the time the use of force was used:

Other witnesses:

OFFICER INFORMATION

Officer: ███████████                  Xray ███████

Assignment: PAT/EAST/EPU/3R

Race: W          Sex:  M        Date of birth: 06/25/1978

Was the officer injured?    N              Type of injuries:

Type of activity:                          Treated at:

## SUBJECT INFORMATION

Name: ███████████          Address: ███████████

Race: B     Sex: M     Date of birth: ██████     ███████████

Social security # ███████████

Work phone ███████          Home phone: ██████████

Did subject complain of injury? N          Were there visible signs of injury? Y

If yes, type of injuries:     ABRASION

Type of treatment:     NO TREATMENT NECESSARY

Injury location:     HEAD

Treated by

Time of treatment :

Time of release:

Substance the subject was under at the time of the incident was:     UNKNOWN

Photos attached? N     If no, explain: DESCRIBED

Was suspect arrested?     Y     If yes, list charges. If no, explain: DISORDERLY, POSESSION OF MARIJUANA

## INCIDENT DESCRIPTION

Officers were at 15 S Green River Rd (Icon) in reference to a large crowd. The club had closed and the patrons were beginning to walk to their vehicles. There was a large crowd of several hundred people gathered near the front door of the business. We were alerted to a fight in the crowd, and Sgt. █████ gave several commands for those involved to stop fighting. When they did not comply, Sgt. █████ deployed his pepper spray canister, and I deployed several rounds from the pepperball launcher to break up the fight.

After those involved in the fight began to leave, Officer █████ began telling the rest of the crowd to leave also. The defendant, later identified as █████ refused to leave and began to shout at Officer █████. Officer █████ told █████ to stop shouting and leave immediately. Dixon then took a fighting stance, and began to approach Officer █████ While he walked he shouted "you motherfuckers want to shoot us with those pepperballs, fuck the police!" I heard █████ shouting at Officer █████ and observed him walking toward Officer █████ with his fists balled up. When Dixon refused to comply with Officer █████ commands, I deployed several rounds from the pepperball launcher. This was effective in forcing █████ to walk away from Officer █████

As more officers arrived on scene to deal with the large crowd, we determined that it was safe to take █████ into custody. We gave █████ several commands to get on the ground, and lay on his stomach. He then complied with our commands, and he was taken into custody.

After arriving at the jail, Officer █████ assisted in removing █████'s property. Officer V█████ located a cellophane wrapper filled with a green leafy substance inside Dixon's left front pocket. This substance later tested positive for THC using a 908 test kit and had a field weight of 5 grams.

There were small abrasions to the defendants head and chest due to the impact of the pepperballs.

[11/01/2009 07:35, ██████, EPD]

Officer's signature _____     Date: _____

I have reviewed this use of force, and have determined that:

[X] It is within the policy guidelines          [ ] It is not within the policy guidelines

[X] Training and proper tactics were followed [ ] Training and proper tactics were not followed

Supervisor's name: ████████          Supervisor's Xray:: ████

Supervisor's signature: _____

Supervisor's assignment:   PAT/2

Supervisors Review:

Myself and Sgt. ████ were on scene at that Icon bar and observed a large unruly crowd.

Officer ████ actions are reflected in his use of force report.

Sgt. ████ and myself observed the actions of the defendant and that of the officers. The defendant did not comply with officers commands and took up a fighting stance in response to their orders to leave. While officers placed the defendant in custody Sgt. Vancleave and myself took up defensive positions to keep the crowd from closing in on these officers. Sgt. Vancleave and I did not interview the defendant because we witnessed this incident and there was not safe time to do so. We also could not interview him later due to a barricaded gunman run that came out a few minutes after this action.

With what we witnessed and with the information that we have at this time, I feel the officers acted appropriately and within the guidelines of the department. I recommend no further action be taken at this time.[11/01/2009 07:09, ████ EPD]

Staff Review:   I CONCUR [X]          I DO NOT CONCUR (EXPLANATION ATTACHED) [ ]

Name: ████████          Supervisor's Xray: ████

Signature _____



# OFFICE OF
# Evansville Police Department
## Use of Force Report

Date of this Report:   12/25/2009        Date of Incident::  12/25/2009        Time of Incident: 03:25

Location of Incident:  317  MAIN ST, EVANSVILLE, IN 47713

Case number:   0927147

Type of force (Effective Y/N)

a.) SOFT EMPTY HAND (Y)        b.)   PEPPER BALL LAUNCHER        c.)

Other (explain):

At the time of the incident, the officer was in    UNIFORM

Name and xray numbers of all officers present at the time the use of force was used:

Other witnesses:

Officer: ███████        Xray: ██████

Assignment: PAT/EAST/EPU/3R

Race:  W        Sex:  M        Date of birth: 06/25/1978

Was the officer injured?        N        Type of injuries:

Type of activity:        Treated at:

Name: ███████████████  Address: ████████████████

Race: B  Sex: M  Date of birth: ██████  ████████████

Social security # ████████████

Work phone:  Home phone: ███████████

Did subject complain of injury? Y  Were there visible signs of injury? Y

If yes, type of injuries:  CUT \ LACERATION
Type of treatment:  CONFINEMENT MEDICAL STAFF

Injury location:  LEFT ARM

Treated by

Time of treatment : 12/25/2009 03:30:00
Time of release:

Substance the subject was under at the time of the incident was: ALCOHOL

Photos attached? N  If no, explain: INJURIES WERE DOCUMENTED IN THE AFFIDAVIT OF PROBABLE

Was suspect arrested? Y  If yes, list charges. If no, explain: ALC-PUBLIC INTOX, DISORDERLY CONDUCT, RESIST LAW ENFORCEMENT, RIOTING-UNLAWFUL ASSEMBLY

Officers responded to 317 Main St (the parking lot of Hammerhead`s) after a request from an off duty officer for assistance. The off duty officer requested that cars "step it up" several times due to numerous fights breaking out in the parking lot. When officers arrived, we made several attempts to disperse the crowd by giving verbal commands. Our verbal commands were not successful, and the fights continued. There were more than one hundred people on the lot when this occurred, and officers were outnumbered. Officers began to disperse the crowd using canisters and pepper ball launchers. As the large fight began to disperse, several smaller fights began to erupt throughout the lot. The offenders shouted at officers after they were told numerous times to be quiet, and leave the property. A black male later indentified by Indiana ID card as ████████████ was in a group that was fighting. The crowed ignored officers request to stop fighting and to leave. Officers shot peperballs into the group that was fighting. ██████ was struck by a peperball and started to walk away. Officer ████ saw that there were enough officers around him to take ████ into custody. Officer ████ told ████ to stop and to get on the ground. ██████ complied with this request and was taken into custody and transported to the VCCC to be booked on the above charges.

Once at the Jail officers were placing ████ into the holding cell. Officer ████ removed one cuff from ████ s wrist. ████ pulled his arm away form Officer ████ and stated "how bout I smack your bitch ass". Officer ██ placed ████ against the wall in the holding cell and held him until other officers could assist him in gaining control of ████ Officer ████ and other officers gained compliance after applying pressure to the mandibular angle and wrist locks. He was then restrained in a restraint chair before being booked. ██████ had stitches in his left arm that broke open do to him resisting officers, causing a small amount of bleeding. Officers were contaminated by ████████ blood. ████ was then booked with out further incident.

[12/25/2009 05:58 ████████████, EPD]

Officer's signature _____  Date: _____

I have reviewed this use of force, and have determined that:

| | |
|---|---|
| [X] It is within the policy guidelines | [ ] It is not within the policy guidelines |
| [X] Training and proper tactics were followed | [ ] Training and proper tactics were not followed |

Supervisor's name: ███████████          Supervisor's Xray:: ████████

Supervisor's signature: _____

Supervisor's assignment:   PAT/3

Supervisors Review:

I was on scene for the entire event and Officers used pepper balls and pepper spray canisters to disperse the crowd and regain order.  I spoke to ██████ at the jail and he complained of pain from being struck by the pepper balls and sometime during the fight,  several stitches on his arm came loose.  Jail medical staff bandaged the injury and accepted him.  He had nothing to say about being involved in the fight outside the bar.   Officers ██████, ████ and ████ used pepper balls and SGT ████████ and Officer ████ used their canisters during the event.  I believe that all force used was reasonable and that no further action is necessary regarding this incident.

[12/25/2009 06:34,██████████      EPD]

---

Staff Review:    I CONCUR [ ]          I DO NOT CONCUR (EXPLANATION ATTACHED) [ ]

Name:                                           Supervisor's Xray:

Signature  _____

| | |
|---|---|
| Agency Name | **INCIDENT/INVESTIGATION** Case# *12-17899* |
| *Evansville Police Department* | **REPORT** Date / Time Reported *08/18/2012  03:24  Sat* |
| ORI *IN 0820100* | Last Known Secure *08/18/2012  03:00  Sat* |

**INCIDENT DATA**

| Location of Incident *317 Main St, Evansville IN* | Premise Type | Zone/Tract 2S1, 2S | At Found *08/18/2012  03:20  Sat* |
|---|---|---|---|

| #1 | Crime Incident(s) *Crowd Control* *INCIDENT RPT* | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims 0 | Type: | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| V1 | Victim/Business Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | Home Phone | | |
| Employer Name/Address | | | | | | Business Phone | | Mobile Phone | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN | | |
|---|---|---|---|---|---|---|---|---|

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

| | Type: | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | Home Phone | | |
| Employer Name/Address | | | | | | Business Phone | | Mobile Phone | |
| | Type: | | Injury: | | | | | | |
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | Home Phone | | |
| Employer Name/Address | | | | | | Business Phone | | Mobile Phone | |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
(*OJ = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# ███████████ | | Supervisor *(0)* |
|---|---|---|
| Invest ID# *(0)* | | |
| Complainant Signature | Case Status *Exceptional Clearance* *08/18/2012* | Case Disposition: *No Follow Up* *08/18/2012* Page 1 |

Status

Printed By ███████████

Sys#: 368344          03/20/2013 10:04:44

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| **D** | | | | | | |
| **R** | | | | | | |
| **U** | | | | | | |
| **G** | | | | | | |
| **S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
███████████████

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 12-17899

Evansville Police Department

**N A R R A T I V E**

While working off duty at Hammerhead`s, Officer ███████ requested assistance. When I arrived, I observed a large crowd that was preparing to fight. I and other officers began shouting commands for the crowd to leave the area. Eventually the majority of the crowd began to move to the back of the property near the alley. As the group approached Chestnut, some of the males removed their shirts and began to shove each other. When we approached, the group split apart and began to walk away.

Officers attempted to take one of the subjects into custody. At that time several males in the crowd began to surround us and protest the defendant being taken into custody. I deployed the pepper spray canister toward the group to keep them away. This was effective at keeping the crowd away from officers while the defendant was taken into custody. None of the subjects that were sprayed were arrested due to the size of the crowd, and the number of officers on scene. See case number 12-17898 for further.

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| **Agency Name** Evansville Police Department | **Case#** 11-03563 |
| | **Date / Time Reported** 02/26/2011 04:20 Sat |
| **ORI** IN 0820100 | **Last Known Secure** 02/26/2011 03:00 Sat |
| **Location of Incident** 701 Nw Riverside Dr - A, Evansville IN | **At Found** 02/26/2011 03:20 Sat |

**INCIDENT DATA**

| | | |
|---|---|---|
| **Premise Type** | **Zone/Tract** 2S1, 2S | **Activity** |
| **#1** Crime Incident(s) (Com) Incident Rpt Misc INCIDENT RPT | **Weapon / Tools** | |
| | **Entry** **Exit** **Security** | **Activity** |
| **#2** Crime Incident ( ) | **Weapon / Tools** | |
| | **Entry** **Exit** **Security** | **Activity** |
| **#3** Crime Incident ( ) | **Weapon / Tools** | |
| | **Entry** **Exit** **Security** | |

**MO**

**VICTIM**

# of Victims 0    Type:    Injury:

| Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|
| **V1** | | | | | | | |

Home Address    Home Phone

Employer Name/Address    Business Phone    Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type:    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address    Home Phone

Employer Name/Address    Business Phone    Mobile Phone

Type:    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address    Home Phone

Employer Name/Address    Business Phone    Mobile Phone

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **Officer/ID#** ▓▓▓▓▓▓▓ | **Supervisor** ▓▓▓▓▓▓▓ |
| **Invest ID#** (0) | |

**Status**

| Complainant Signature ▓▓▓▓ | Case Status Suspended 02/26/2011 | Case Disposition: No Follow Up 02/26/2011 | Page 1 |
|---|---|---|---|

Printed By: ▓▓▓▓▓▓▓    Sys#: 321774    03/20/2013 10:04:08

Evansville Police Department                         Case# *11-03563*

| Status Codes | 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown | | | | | |
|---|---|---|---|---|---|---|
| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
[REDACTED]

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 11-03563    *Evansville Police Department*    Page 2

**NARRATIVE**

While in the area of Stoney`s, officers were alerted to a fight near the north area of the parking lot. Upon our arrival we found numerous subjects physically fighting. There was a large crowd that had gathered to watch the fight. After numerous commands the crowd refused to disperse. There was one group of approximately 8 to 10 people who approached officers while we were attempting to take subjects into custody. These individuals were warned more than five times to back away and leave the area immediately. When they refused our commands, I deployed my pepper spray canister in the general direction of the crowd to gain compliance. The crowd began to leave, and we were not able to take anyone who was sprayed into custody due to the size of the crowd.

| | | | INCIDENT/INVESTIGATION | Case# | 10-04600 |
|---|---|---|---|---|---|

**INCIDENT/INVESTIGATION REPORT**

**Agency Name**
Evansville Police Department

**ORI** IN 0820100

**Case#** 10-04600

**Date / Time Reported** 03/07/2010  04:23  Sun

**Last Known Secure** 03/07/2010  03:30  Sun

**At Found** 03/07/2010  03:45  Sun

**Location of Incident**
1007 S Kentucky Ave, Evansville IN

**Premise Type** Parking Lot/facility

**Zone/Tract** 2S2, 2S

## INCIDENT DATA

**#1 Crime Incident(s)** (Com)
Alc-public Intox [bm]
7.1-5-1-3 [BM]  M

**Weapon / Tools** NO WEAPON USED
**Entry** | **Exit** | **Security** | **Activity**

**#2 Crime Incident** (Com)
Disorderly Conduct [bm]
35-45-1-3 10 [BM]  M

**Weapon / Tools**
**Entry** | **Exit** | **Security** | **Activity**

**#3 Crime Incident** ( )
**Weapon / Tools**
**Entry** | **Exit** | **Security** | **Activity**

**MO**

## VICTIM

**# of Victims** 1  **Type:** SOCIETY (STATE OF INDIANA)  **Injury:**

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | State Of Indiana | 1, | | | | | | |

**Home Address**  **Home Phone**

**Employer Name/Address**  **Business Phone**  **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address**  **Home Phone**

**Employer Name/Address**  **Business Phone**  **Mobile Phone**

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address**  **Home Phone**

**Employer Name/Address**  **Business Phone**  **Mobile Phone**

## PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Officer/ID#** ███████████████

**Supervisor** ███████████

**Invest ID#** (0)

## Status

**Complainant Signature**

**Case Status** Cleared By Arrest  03/07/2010

**Case Disposition:** Adult Arrested  03/07/2010

**Page 1**

**Printed By** ███████

Sys#: 291317

03/20/2013 10:02:53

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 10-04600

*Evansville Police Department*

Page 2

## NARRATIVE

Officers were on scene at this location in reference to a large crowd gathering in the parking lot. There were approximately twenty females standing in the parking shouting at each other, and preparing to fight. I told the group numerous times to stop shouting and leave the parking lot. The females in the group continued to shout threats at each other. At one point there were two individuals that walked toward each other preparing to fight. Others in the group began to physically restrain these individuals. I again told the group to leave immediately or they would be pepper sprayed. When it became apparent that a fight was immanent, I deployed my pepper spray canister on the group to disperse the crowd. The defendant, ████████ was part of the group that was sprayed.

After being sprayed the group got into their vehicles and began to leave the lot. Just before leaving the lot ██████ exited the vehicle that she was riding in. ██████ began to shout obscenities at officers, and once again refused to leave the lot. Officer ██████ and I ran toward ██████ to detain her. She immediately got back into the vehicle, and the driver began to drive away. The driver complied with our commands to stop, and ██████ was taken into custody. While speaking to ██████ I could smell the strong odor of alcoholic beverages coming from her breath, and her balance was poor. ██████ was also part of a group that was disorderly at the Circle K at Hwy 41 and Washington Ave. She was told to leave that location numerous times as well. This occurred approximately thirty minutes before her arrest. She was transported to the VCCC and booked on the listed charges.

# Incident Report Suspect List

*Evansville Police Department*

OCA: *10-04600*

| 1 | Name (Last, First, Middle) ██████████ | Also Known As | Home Address ████████████ |
|---|---|---|---|

Business Address *MOTEL 6 ,HOUSEKEEPER*

| DOB. ███ | Age 39 | Race B | Sex F | Eth | Hgt 503 | Wgt 185 | Hair BLK | Eye BRO | Skin | Driver's License / State. ██████ |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features
*TAT UPPR SHOULDER / "WOSP"; TAT LOW BACK / FLOWER*

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | Color | Caliber | Dir of Travel | |
| | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | | Drs | Style | | Color | Lic/St | | VIN |

| Notes | Physical Char |
|---|---|

*Evansville Police Department*

OCA: **1004600**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *CLEARED BY ARREST*      **Occured:** *03/07/2010*

**Offense:** *ALC-PUBLIC INTOX [BM]*

**Investigator:** ████████████████

**Supervisor:** *(0)*

**Contact:**

**Date / Time:** *03/07/2010 04:25:25, Sunday*

**Supervisor Review Date / Time:** *NOT REVIEWED*

**Reference:** *Affidavit Of Probable Cause*

AFFIDAVIT OF PROBABLE CAUSE

CASE NUMBER: 10-04600

I████████ believe that on or about the 7th day of March, 2010 at 0330 hundred hours at 1007 S Kentucky, in the City of Evansville, County of Vanderburgh, State of Indiana, the defendant, ██████████ , did commit the crime(s) of:

CT I  Disorderly Conduct            IC CODE: 35-45-1-3 10
CT II  Public Intoxication          IC CODE: 7.1-5-1-3

    The undersigned, being a law enforcement officer with the Evansville Police Department, and being duly sworn upon his/her oath, states that the below information constitutes probable cause for the above crimes, incorporated herein is also any attached sheets which are made a part of this sworn affidavit:

Officers were on scene at this location in reference to a large crowd gathering in the parking lot. There were approximately twenty females standing in the parking shouting at each other, and preparing to fight. I told the group numerous times to stop shouting and leave the parking lot. The females in the group continued to shout threats at each other. At one point there were two individuals that walked toward each other preparing to fight. Others in the group began to physically restrain these individuals. I again told the group to leave immediately or they would be pepper sprayed. When it became apparent that a fight was immanent, I deployed my pepper spray canister on the group to disperse the crowd. The defendant, ████████████ was part of the group that was sprayed.

After being sprayed the group got into their vehicles and began to leave the lot. Just before leaving the lot ██ exited the vehicle that she was riding in. ███████ began to shout obscenities at officers, and once again refused to leave the lot. Officer Fair and I ran toward ██████ to detain her. She immediately got back into the vehicle, and the driver began to drive away. The driver complied with our commands to stop, and Holman was taken into custody. While speaking to ███████ I could smell the strong odor of alcoholic beverages coming from her breath, and her balance was poor. ████ was also part of a group that was disorderly at the Circle K at Hwy 41 and Washington Ave. She was told to leave that location numerous times as well. This occurred approximately thirty minutes before her arrest. She was transported to the VCCC and booked on the listed charges.

    Your affiant believes that any person who supplied the above information to your affiant speaks from personal knowledge and observation and are reliable and credible inasmuch as they volunteered information to your affiant in the course of your affiant's investigation as a law enforcement officer. Your affiant believes there is a factual basis for the above information as your affiant's personal observation corroborated said information.
    I affirm under the penalties of perjury that the foregoing representations are true to the best of my knowledge.

Affiant: Officer ████████_____          Date:03/07/2010

*Evansville Police Department*

OCA: **1004600**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *CLEARED BY ARREST*          Occured: *03/07/2010*

**Offense:** *ALC-PUBLIC INTOX [BM]*

### COURT DETERMINATION OF PROBABLE CAUSE

CASE NUMBER:10-04600

The Court having examined the above Affidavit of Probable Cause hereby finds that there is not Probable Cause to order the defendant bound over and the defendant is to be released forthwith, and any bond posted by the defendant herein to be released.

JUDGE:_____

The Court having examined the above Affidavit of Probable Cause hereby finds that there is Probable Cause to establish that the defendant committed the offense(s)of{_____}
this{_____} day of{_____} 20{__} , and the defendant is ordered held in the Vanderburgh County Jail until the{_____} day of{_____} , 20{__} , at{_____}
o`clock {_}M by which time the State of Indiana is to file formal charges herein, and the defendant`s bond is set in the amount of {$_____} , defendant is ordered to appear for the initial hearing on the{_____} day of{_____},
20{__} , at{_____} o`clock {_}M.

JUDGE:{_____}

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| **Agency Name** *Evansville Police Department* | **Case#** 08-26792 |
| | **Date / Time Reported** *11/28/2008  03:05  Fri* |
| **ORI** IN 0820100 | **Last Known Secure** *11/28/2008  02:21  Fri* |
| **Location of Incident** *1031 Main St, Evansville IN* | **At Found** *11/28/2008  03:00  Fri* |

**INCIDENT DATA**

| | | | |
|---|---|---|---|
| **Premise Type** *Parking Lot/facility* | **Zone/Tract** 2S1, 2S | | |

| | | | | | |
|---|---|---|---|---|---|
| **#1** | **Crime Incident(s)** *Incident Rpt Misc* **INCIDENT RPT** | (Com) | **Weapon / Tools** *NO WEAPON USED* | | **Activity** |
| | | | **Entry** | **Exit** | **Security** |
| **#2** | **Crime Incident** | ( ) | **Weapon / Tools** | | **Activity** |
| | | | **Entry** | **Exit** | **Security** |
| **#3** | **Crime Incident** | ( ) | **Weapon / Tools** | | **Activity** |
| | | | **Entry** | **Exit** | **Security** |

**MO**

**VICTIM V1**

| # of Victims 0 | Type: | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Victim/Business Name (Last, First, Middle)** | | | | **Victim of Crime #** | **DOB** / **Age** | **Race** | **Sex** | **Relationship To Offender** | **Resident Status** / **Military Branch/Status** |
| **Home Address** | | | | | | | **Home Phone** | | |
| **Employer Name/Address** | | | | | **Business Phone** | | **Mobile Phone** | | |

| **VYR** | **Make** | **Model** | **Style** | **Color** | **Lic/Lis** | **VIN** |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type: | | Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Code** | **Name (Last, First, Middle)** | | **Victim of Crime #** | **DOB** / **Age** | **Race** | **Sex** | **Relationship To Offender** | **Resident Status** / **Military Branch/Status** | |
| **Home Address** | | | | | | **Home Phone** | | | |
| **Employer Name/Address** | | | | **Business Phone** | | **Mobile Phone** | | | |

| Type: | | Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Code** | **Name (Last, First, Middle)** | | **Victim of Crime #** | **DOB** / **Age** | **Race** | **Sex** | **Relationship To Offender** | **Resident Status** / **Military Branch/Status** | |
| **Home Address** | | | | | | **Home Phone** | | | |
| **Employer Name/Address** | | | | **Business Phone** | | **Mobile Phone** | | | |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| **Officer/ID#** ▓▓▓▓▓ | **Supervisor** ▓▓▓▓▓ |
|---|---|
| **Invest ID#** *(0)* | |

| **Status** | **Complainant Signature** ▓▓▓▓ | **Case Status** *Other*  *12/02/2008* | **Case Disposition:** *Closed-non Criminal*  *12/02/2008* | **Page 1** |
|---|---|---|---|---|

Printed By: ▓▓▓▓

Sys#: 250824                     03/20/2013 09:55:12

OCA: 08-26792

*Evansville Police Department*

| NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| 1 ) RP  1 | | | | | | |
| Address | | | H: | | | |
| Empl/Addr | | | B: | | | |
| | | | Mobile #: | | | |

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| **D** | | | | | | |
| **R** | | | | | | |
| **U** | | | | | | |
| **G** | | | | | | |
| **S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

▮▮▮▮▮▮▮▮▮▮▮▮

Suspect Hate / Bias Motivated:

NARRATIVE

Off duty officers requested assistance with a large crowd at Woody's. When we arrived there were several hundred people still inside the bar that were not complying with numerous requests to leave. There were several individuals who began to shout obscenities at officers while refusing to leave the property. After refusal to reply with numerous requests to leave Officer ▮▮▮ and ▮▮▮▮▮ utilized the pepperball launchers to disperse the crowd. Due to the size of the crowd we were not able to arrest all of the offenders. One female was arrested for disorderly conduct.