EXHIBIT CC

███ Supervisory Review and Counseling Documents

# Evansville Police Department

15 N.W. Martin Luther King, Jr. Blvd.
Evansville, Indiana 47708
TX 812-436-7896 • TDD 812-436-7975 • FAX 812-435-6175 • E-MAIL evansvillepolice.com

Brad Hill
Chief of Police

| GENERAL COUNSELING PART I |
| --- |
| BASIC DATA |

| Name: ▮ | Rank: Officer | Unit: PS3 |
| --- | --- | --- |
| Supervisor: ▮ | Rating Period: 070111-123111 | |

| GENERAL COUNSELING PART II |
| --- |
| OBSERVATIONS |

| Conference # | Date | Time | Actual time in conference |
| --- | --- | --- | --- |
| Special | 090511 | 0430 | 10 MINUTES |

### Summary of Counseling

On July 2nd around 2130 hours, you were off duty in your personal car heading north on US 41 from Henderson. You were not in uniform at the time and you had your wife and two kids in the car as well. It was around this time that you noticed a car approaching from the rear at a high rate of speed. The car continued past you at a high rate, tailgating other cars as it continued northbound. You were able to catch the vehicle when it slowed in traffic and you attempted to get the license plate. As the vehicle continued onto I164 eastbound, you decided to drive up beside it and make contact with the driver to try and get his driving under control. As you did this and as you told the driver to slow down, he swerved over causing you to go off the road into the grass. Once you gained control of your car you caught up again, pulled alongside, and showed your badge in an attempt to get him to slow down, which he did. From this point on, you followed the driver to his home in Elberfeld, ordered him to stay in his vehicle while he parked in his driveway, and waited for a trooper to arrive to check his sobriety. Once the trooper arrived and determined the driver to be sober, you left the scene without making contact with the driver.

While your concern for the sobriety of the driver of this other vehicle is commendable, your judgment in handling the situation could have been better. You attempted to make contact with the driver while you had your family in the car. Also, after having to swerve to avoid being hit by this driver, you continued to follow him all the way to his house in Elberfeld. You again made contact with the driver ordering him to stay in his car. At this point, you still had no idea who you were dealing with and you had your entire family in the car with you. Once the trooper arrived and determined the driver to be sober, you did not even issue a citation to the driver who you stated later "deserved a night in jail due to his driving behavior."

In the future during similar circumstances, a better course of action could be followed if you are in plainclothes and in your personal car. Following the car at a safe distance while phoning dispatch would be a more prudent way to handle this situation. Again, I recognize your concern for his driving behavior, just look to handle it in a safer manner for all parties involved in the future.

| Signature and Rank of Counselor: ▮ | Date: 090511 |
| --- | --- |

| GENERAL COUNSELING PART III |
| --- |
| AUTHENTICATION |

I acknowledge having received counseling session with my supervisor.

Balzo counseling
9/2002

1

CE001270

| COMMENTS BY RATING SUPERVISOR |
|---|

*2009 Expectations*

You are responsible for: your beat, people within your beat, writing tickets, making arrest, answering your radio and writing reports. In short, normal police duties. We do not have quotas, however we (as supervisors) have expectations of what each officer should be doing. Follow are some those expectations:

1. <u>We expect officers to conduct themselves in a professional manner.</u> The public expects officers to be polite and courteous. Acting professional includes the following:
   a. responding to the public without being belligerent or judgmental
   b. working in a clean and serviceable uniform
   c. clean shaven
   d. clean vehicles with interiors that are not cluttered with personal items
   e. responding to dispatch with respect and without adding unnecessary comments
2. <u>We expect officers to take responsibility for their beats.</u> Taking responsibility includes the following:
   a. responding to calls for service in a timely manner
   b. taking the reports that are related to runs in your beat
   c. getting back into service in a timely manner
   d. being proactive in reference to problems in your beat
   e. being familiar with repeat runs
   f. backing up fellow officers
   g. keeping you[...] are as follows:
3. <u>We expect offic[...]</u>
   a. meals outsi[...]
   b. Steak and [...]
   c. Bob's gym i[...]
   d. IHOP is allo[...]
4. <u>Officers are ex[...]</u> be in their beat.
5. <u>You are expect[...]</u>
6. <u>General Info[...]</u>
   a. Durin[...] ent, knowledge of laws, crime prevention,
      writing [...] seling session and one final grade.
   b. Arrivi[...] e traditional requirements of patrol service. If
      you ar[...] at, let a Sergeant know by phone (436-7943,
      436-7[...] u have any problem, feel free to contact me.
   c. It will [...] 's, complete car sheets, and written directives.
      Also c[...]
   d. Advis[...] report, recovered auto report, a missing
      person[...] tification number
   e. If you[...] me in your "comp" bank before you ask,
   f. If you[...] something noteworthy), please let me know
      so I ca[...] n the back is always nice to receive.
   g. If you have a problem with dispatch or jail, do not air it out on the radio. Let me know and I will address it through the proper chain.
   h. From time to time, supervisors will be busy with other responsibilities. If you are on a run that needs a sergeant, please call (ie. Serious traffic accident, death investigation, use of force, ect.).

This year you were given our 2009 Expectations outlining our goals for the year. As I have stated in you midyear review I observe you by your reports, radio traffic, personal observations, and activity numbers. The following are some of your activities for the past year;

447 dispatched runs, 973 self initiated, 100 misd. arrests, 43 felony arrests, 56 warning tickets, 46 state tickets, 30 misd citations, 21 warrant arrests, and 6 OMVWI arrests. You have remained at the top of the activity in comparison with the other officers on East 3rds. You remain very active within your beat as well as the Sector. You are quick to not only back up you fellow officers but officers in other Sectors as well. This year you became a Bomb Squad member and well as an FTO. I believe this shows how your hard work has paid off for you. One thing I would like to see you do is take a little more time and patience before you act. You tend to get a little exited in lard crowd situations but you do react appropriately at the right times. I think this will come in time as you gain more experience on the job. In the midyear review I asked that you try and identify a problem and do a problem statement file. You did this on the Icon Bar and organized a detail

targeting narcotics. You also initiated and followed through with videotaping this location to help document problems at this location. I feel you are a credit and good asset to the East Sector.

In closing next year you will be going to South Sector 3rd shift. I'm sure you will be a productive and successful member of their team.

| Signature of Supervisor: | | Date: 12-30-09 |
|---|---|---|

| Signature of Officer receiving rating: | | Date: 12/30/09 |
|---|---|---|

**COMMENTS BY COMMANDER** (continue on back of page if needed)

| Signature of Unit Commander: | | Date: 2/10/10 |
|---|---|---|

**COMMENTS BY SECTION COMMANDER** (continue on back of page if needed)

| Signature of Section Commander: | Date: |
|---|---|

**COMMENTS BY DIVISION COMMANDER** (continue on back of page if needed)

| Signature of Division Commander: | Date: |
|---|---|



# Evansville Police Department 

15 N.W. Martin Luther King, Jr. Blvd.
Evansville, Indiana 47708
TX 812-436-7896 • TDD 812-436-7975 • FAX 812-435-6175 • E-MAIL evansvillepolice.com

Brad Hill
Chief of Police

## GENERAL COUNSELING PART I
### BASIC DATA

| Name: | | Rank: Officer | Unit: ME3 |
|---|---|---|---|
| Supervisor: | | Rating Period: 01-09 thru 06-09 | |

## GENERAL COUNSELING PART II
### OBSERVATIONS

| Conference # | Date | Time | Actual time in conference |
|---|---|---|---|
| 1 | 07-05-09 | 2310 | 10 min |

### Summary of Counseling

like last year you were given our expectations by Sgt. _____. I have been able to observe you by making runs with you, listening to your radio traffic, reviewing your reports, and in speaking to other supervisors. Once again you remain at the top half of all the stat categories on East 3rds. You ranked #1 in self initiated and VCO tickets. I'm glad to see that you took an area that I suggested improving upon and did so by being number 1 in it (VCO tickets). You also need little direction or supervision from any supervisors or myself. You have a good work ethic, good attitude, and good working knowledge of your job, which are things I wish some other officers had. You applied for FTO, took the school and hopefully will be activated soon. I believe you will be a good example for new officers to follow.

Some things I would like for you to work on is identifying problem areas within your beat and do a problem file. I would like for you to organize a plan of action and try and solve a problem. You have done so in the past and I would like to see you continue to do so in the future. Also with the thefts from vehicles, criminal mischief's, and burglaries we have had in the East sector this year I would like more patrolling of your beat as I am telling all officers to do.

In closing you are easy to supervise because you need little or no supervision. You are eager to work, quick to back other officers up, and are a good example for new and older officers to follow. I think you have the ability to become a good leader and with the more experience than you gain that should not be a problem. You are a credit to the department and keep up the good work.

| Signature and Rank of Counselor: | | Date: 07-05-09 |
|---|---|---|

## GENERAL COUNSELING PART III
### AUTHENTICATION

I acknowledge having received counseling session with my supervisor.

- [X] I agree that the information accurately reflects this counseling session.
- [ ] I disagree for the following reasons.

### DISAGREEMENT (continue on back of page if needed)

6 month counseling
9/2002

1

CE001255

# Evansville Police Department

| Name: ███ | Rank: Officer | Unit: ME3 |
|---|---|---|
| Supervisor: ███ | Rating Period: 01-08 Thru 12-08 | |

| JOB FACTOR RATING (See proper job factor analysis) | RATING |
|---|---|
| 1. Crime Prevention | 4 |
| 2. Alertness | 4 |
| 3. Preliminary Investigations | 4 |
| 4. Traffic | 4 |

| SKILLS FACTORS | RATING |
|---|---|
| 1. General knowledge of codes and laws. | 4 |
| 2. Writing skills | 3 |
| 3. Oral communication skills | 3 |
| 4. Knowledge of rules, regulations and procedures | 3 |

| PERSONAL FACTORS | RATING |
|---|---|
| 1. Attendance | 4 |
| 2. Attitude | 4 |
| 3. Dependability | 4 |
| 4. Appearance | 4 |
| 5. Initiative | 4 |
| 6. Judgement | 4 |
| 7. Public relations | 3 |
| 8. Physically able to perform job satisfactorily? | yes |
| Rating: 3.7 | (average of Job, Skill, Personal Factors) |

| COMMENTS BY RATING SUPERVISOR |
|---|
| This year I have had the opportunity to observe you while you are working. You take a very proactive approach to your job. You are quick to back fellow officers up and also take pending runs that are waiting. You have gotten to know your sector and beat well. You are able to recognize the trouble subjects as well as hot spots. You recognize problems and do a good job working with your fellow officers in finding a solution. Your activity consistently ranks in the top portion of the stats in reference to other officers working this sector. One thing I would like to see you improve upon in this next year would be your public relations. While you do a good job in gathering information from suspects and victims I feel that you might be able to watch how you present yourself. Although I realize that an active officer such as yourself will not be able to make everyone happy, I would like to see you be a little more aware of how you present yourself to others. Below is a rundown of your activities for the year. |

7.2 536

2.8 1294

5.4 11

1.0 105

1.1 117

1.2 116

1.3 44

1.4 14

1.5 16

1.6 2

1.7 113

1.8 51

Summary: ▮▮▮ for the amount of time you have on the department I feel you are a very good officer. You are easy to supervise; self motivated, rarely make mistakes, and have a very good grasp of what your job is. You will be working East next year as will I and I'm looking forward to working/supervising you again.

| Signature of Supervisor: ▮▮▮ | Date: 2-2-2009 |
|---|---|

| Signature of Officer receiving rating: ▮▮▮ | Date: 2/2/2009 |
|---|---|

| COMMENTS BY COMMANDER (continue on back of page if needed) | |
|---|---|
| Signature of Unit Commander: ▮▮▮ | Date: 020309 |

| COMMENTS BY SECTION COMMANDER (continue on back of page if needed) | |
|---|---|
| Signature of Section Commander: | Date: |



# Evansville Police Department

15 N.W. Martin Luther King, Jr. Blvd.
Evansville, Indiana 47708
TX 812-436-7896 • TDD 812-436-7975 • FAX 812-435-6175 • E-MAIL info@evansvillepolice.com

Billy Bolin
Chief of Police

## GENERAL COUNSELING PART I
## BASIC DATA

| Name: | Rank: Patrolman | Unit: MP3R |
|---|---|---|
| Supervisor: Sgt. | Rating Period: Special | |

## GENERAL COUNSELING PART II
## OBSERVATIONS

| Conference # | Date | Time | Actual time in conference |
|---|---|---|---|
| # 12-02 | 10-05 | 22:00 | 20min |

### Summary of Counseling

Officer ▮ was making an arrest in the area of Hammerhead's bar on August 18th when ▮ approached and said he would take the arrestee out of the area in an attempt to stop the arrest. ▮ did not realize he was interfering with officers and Officer ▮ took an appropriate step of dispersing the crowding persons from the scene with a blast of OC spray from a large canister. He later used a comment heard by both ▮ and ▮ that contained the phrase "Big Boy" to address ▮ since Officer ▮ did not know his name at the time of the incident. ▮ took offense at this terminology and complained to the police department through Internal Affairs informal complaint process about this and the fact he was pepper sprayed and he did not hear a warning first. The OC use was ruled to be a proper use of force on the night of the incident during the initial supervisory review and again during the investigation by Sgt. ▮ of the Informal Complaint about the force. The term "Big Boy" may seem benign to many but may have negative connotations when heard by others. Officer ▮ is advised to be careful with word choice when addressing citizens whom he is not familiar with by other than their legal names even under emergency situations and is to use proper pronouns during these times. Sir or Ma'am will always be preferable to other colloquial terms that may generate misunderstanding. Of course Officer ▮ is allowed and required to use forceful verbal commands when dealing with citizens as needed during his duties; it just needs to be done in a professional manner at all times.

| Signature and Rank of Counselor | Date: 10-05-12 |
|---|---|

## GENERAL COUNSELING PART III
## AUTHENTICATION

I acknowledge having received counseling session with my supervisor.

✓ I agree that the information accurately reflects this counseling session.

I disagree for the following reasons.

### DISAGREEMENT (continue on back of page if needed)

Ward Alldor Counseling 2012
2/2012

CE001243