# CITIZEN'S COMPLAINT FORM

Citizen Complainant: ▓▓▓
Age: 22    DOB:
Address: ▓▓▓
Today's Date:
Date of Occurrence:   September 7, 2008
Time of Occurrence: 0230
Location of Occurrence: 1031 Main Street
Officer(s) Involved: Officer ▓▓▓
Officer Taking Complaint: Sgt. ▓▓▓

**Narrative of Complaint:**

On September 7, 2008 at approximately 0230 hours, ▓▓▓ was on the parking lot of Woody's at 1031 Main Street. ▓▓▓ had been inside the club and left it at around closing time. ▓▓▓ was being picked up by her younger sister ▓▓▓. The two sisters were waiting for a friend known to them as "T". Also on the parking lot were several members of an out-of-town semipro football team as well as other club patrons. An officer, believed to be Officer ▓▓▓ approached the women and ordered them to leave the parking lot. The women explained they were waiting for "T" and would leave as soon as she got to the car. The officer then moved on to members of the football team who were standing near a team van. The officer ordered the football team members to leave the area. The players explained that they were waiting for their coach, who had the keys to the van. One of the football players was sprayed in the face with pepper spray. The officers then again ordered him to leave. The man explained that he was blinded by the spray and had nowhere to go. A second player went to the assistance of the first. He too was ordered to leave. The players again told the officers they were waiting on their coach. Officer ▓▓▓, who was armed with a pepperball gun, then began firing at the second player. The second player was covered with the powder from the pepperballs and was now blinded. The officers continued firing at him and ordering him to leave. ▓▓▓ then grabbed the second player and helped him into the rear driver's side of her car. The team's coach arrived and got into the passenger side rear. ▓▓▓ then began to drive across the lot in an effort to leave. Officer ▓▓▓ followed the car across the lot and continued to fire pepperballs into the car through the rear driver's side window. Several of the pepperballs exploded inside the car, covering the occupants with powder. ▓▓▓ was blinded by the powder and she began having an asthmatic reaction to the powder. She stopped the car on the lot and exited it while ▓▓▓ placed the car in park. The football player exited the backseat and collapsed in front of the car. ▓▓▓ told the officers to call an ambulance for her sister and the officers claimed ▓▓▓ was "faking" it. An officer did however request an ambulance. An ambulance arrived sometime later and transported ▓▓▓ to the hospital. ▓▓▓ left and drove to her mother's house. The players and

● Page 1

EXHIBIT A

coach left together. ▇▇▇ and her mother ▇▇▇ returned to Woody's and spoke with several of the officers on scene.

▇▇▇ feels the use of the pepper spray canister and pepperball launchers was unnecessary and excessive. ▇▇▇ said there were no fights going on and the football players were not causing a problem; they were simply waiting for their ride when the officers began spraying the men. ▇▇▇ said that although she and her sister tried to comply with the officers' orders to leave, Officer ▇▇▇ continued to fire several more pepperballs into her moving car. This created a dangerous situation in which the driver of a moving vehicle on a crowded parking lot was incapacitated by the pepper balls. ▇▇▇ said it was apparent that Officer ▇▇▇ was targeting the second player. No one was arrested although the second player could have been easily taken into custody while he was lying on the ground.

I, ▇▇▇, affirm under the penalties of perjury that the foregoing representations are true and correct to the best of my knowledge.

STATE OF INDIANA ).
COUNTY OF VANDERBURGH )
CITY OF EVANSVILLE )

SS:_____
       Signature of Complainant

SS:_____
       Signature of Complainant

SUBSCRIBED AND SWORN to before me a Notary Public, in and for said City, County, and State,

This _____ day of _____, 2008

_____
                        Notary Public

My Commission Expires:_____

Residence of Notary Public: Vanderburgh County, Indiana

## Formal Complaint Synopsis

Formal Complaint #:  08-IAD-013
Complainant: ▓▓▓▓
Accused Officer(s): Officer ▓▓▓▓
Nature of Complaint: Excessive Force

**Complainant's Statement:**

On September 7, 2008 at approximately 0230 hours, ▓▓▓▓ was on the parking lot of Woody's at 1031 Main Street. ▓▓▓▓ had been inside the club and left it at around closing time. ▓▓▓▓ was being picked up by her younger sister ▓▓▓▓. The two sisters were waiting for a friend known to them as "T". Also on the parking lot were several members of an out-of-town semipro football team as well as other club patrons. An officer, believed to be Officer ▓▓▓▓, approached the women and ordered them to leave the parking lot. The women explained they were waiting for "T" and would leave as soon as she got to the car. The officer then moved on to members of the football team who were standing near a team van. The officer ordered the football team members to leave the area. The players explained that they were waiting for their coach, who had the keys to the van. One of the football players was sprayed in the face with pepper spray by a police officer. The officers then again ordered him to leave. The man explained that he was blinded by the spray and had nowhere to go. A second player went to the assistance of the first. He too was ordered to leave. The players again told the officers they were waiting on their coach. Officer ▓▓▓▓ who was armed with a pepperball gun, then began firing at the second player. The second player was covered with the powder from the pepperballs and was now blinded. The officers continued firing at him and ordering him to leave. ▓▓▓▓ then grabbed the second player and helped him into the rear driver's side of her car. The team's coach arrived and got into the passenger side rear. ▓▓▓▓ then began to drive across the lot in an effort to leave. Officer ▓▓▓▓ followed the car across the lot and continued to fire pepperballs into the moving car through the rear driver's side window. Several of the pepperballs exploded inside the car, covering the occupants with powder. ▓▓▓▓ was blinded by the powder and she began having an asthmatic reaction to the powder. She stopped the car on the lot and exited it while ▓▓▓▓ placed the car in park. The football player exited the back seat and collapsed in front of the car. ▓▓▓▓ told the officers to call an ambulance for her sister and the officers claimed ▓▓▓▓ was "faking" it. An officer did however request an ambulance. An ambulance arrived sometime later and transported ▓▓▓▓ to the hospital. ▓▓▓▓ left and drove to her mother's house. The players and coach left together. ▓▓▓▓ and her mother ▓▓▓▓ returned to Woody's and spoke with several of the officers on scene.

▓▓▓▓ feels the use of the pepper spray canister and pepperball launchers was unnecessary and excessive. ▓▓▓▓ said there were no fights going on and the football players were not causing a problem; they were simply waiting for their ride when the officers began spraying the men. ▓▓▓▓ said that although she and her sister tried to comply with the officers' orders to leave, Officer ▓▓▓▓ continued to fire several more pepperballs into her moving car. This created a dangerous situation in which the driver of a moving vehicle on a crowded parking lot was incapacitated by the pepper balls. Shaquita said it was apparent that Officer ▓▓▓▓ was targeting the second player. No one was arrested although the second player could have been easily taken