# Evansville Police Department

15 N.W. Martin Luther King, Jr. Blvd.
Evansville, Indiana 47708
TX 812-436-7896 • TDD 812-436-7975 • FAX 812-435-6175 • E-MAIL evansvillepolice.com

Brad Hill
Chief of Police

## GENERAL COUNSELING PART I
## BASIC DATA

| Name: Mike Ward | Rank: Officer | Unit: PS3 |
|---|---|---|
| Supervisor: Sgt. Bart Kormelink | Rating Period: 070111-123111 | |

## GENERAL COUNSELING PART II
## OBSERVATIONS

| Conference # | Date | Time | Actual time in conference |
|---|---|---|---|
| Special | 090511 | 0430 | 10 MINUTES |

### Summary of Counseling

On July 2nd around 2130 hours, you were off duty in your personal car heading north on US 41 from Henderson. You were not in uniform at the time and you had your wife and two kids in the car as well. It was around this time that you noticed a car approaching from the rear at a high rate of speed. The car continued past you at a high rate, tailgating other cars as it continued northbound. You were able to catch the vehicle when it slowed in traffic and you attempted to get the license plate. As the vehicle continued onto I164 eastbound, you decided to drive up beside it and make contact with the driver to try and get his driving under control. As you did this and as you told the driver to slow down, he swerved over causing you to go off the road into the grass. Once you gained control of your car you caught up again, pulled alongside, and showed your badge in an attempt to get him to slow down, which he did. From this point on, you followed the driver to his home in Elberfeld, ordered him to stay in his vehicle while he parked in his driveway, and waited for a trooper to arrive to check his sobriety. Once the trooper arrived and determined the driver to be sober, you left the scene without making contact with the driver.

While your concern for the sobriety of the driver of this other vehicle is commendable, your judgment in handling the situation could have been better. You attempted to make contact with the driver while you had your family in the car. Also, after having to swerve to avoid being hit by this driver, you continued to follow him all the way to his house in Elberfeld. You again made contact with the driver ordering him to stay in his car. At this point, you still had no idea who you were dealing with and you had your entire family in the car with you. Once the trooper arrived and determined the driver to be sober, you did not even issue a citation to the driver who you stated later "deserved a night in jail due to his driving behavior."

In the future during similar circumstances, a better course of action could be followed if you are in plainclothes and in your personal car. Following the car at a safe distance while phoning dispatch would be a more prudent way to handle this situation. Again, I recognize your concern for his driving behavior, just look to handle it in a safer manner for all parties involved in the future.

| Signature and Rank of Counselor: Bart Kormelink 215155 | Date: 090511 |
|---|---|

## GENERAL COUNSELING PART III
## AUTHENTICATION

I acknowledge having received counseling session with my supervisor.



EXHIBIT B

Baize counseling
9/2002