**Log Report**                                  Msg Count : 399                                          1

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00 AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| **Message Or Action** | | | |

5815504    2M803      - HOLDEN, RAYMOND        5/29/2010 12:01:00AM              32
2M803 RHOLDEN HOLDEN, RAYMOND 05/29/10 00:01:51 3M320 OK IM AT LLOYD/BOEKE

5815509    2M803      - HOLDEN, RAYMOND        5/29/2010 12:02:00AM              32
2M803 RHOLDEN HOLDEN, RAYMOND 05/29/10 00:02:41 3M320 I HAVE TO EITHER WAY

5815512    2M803      - HOLDEN, RAYMOND        5/29/2010 12:03:00AM              32
2M803 RHOLDEN HOLDEN, RAYMOND 05/29/10 00:03:16 3M320 OK

5815542    2E354      - HARRIS, JARID R        5/29/2010 12:05:00AM              32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 00:05:39 2E332 U THERE

5815545    2M803      - HOLDEN, RAYMOND        5/29/2010 12:07:00AM              32
2M803 RHOLDEN HOLDEN, RAYMOND 05/29/10 00:07:38 3M320 YEAH ALMOST

5815550    2M803      - HOLDEN, RAYMOND        5/29/2010 12:08:00AM              32
2M803 RHOLDEN HOLDEN, RAYMOND 05/29/10 00:08:31 3M320 ON BERGDOLT HAVE A LAW ABIDING ONE ON FRONT OF ME

5815557    2S321      - CRAIG, MARCUS          5/29/2010 12:09:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 00:09:39 JDCD02 I SAW THAT I MIGHT HAVE MISSED IT IF I RAN IT

5815580    2S321      - CRAIG, MARCUS          5/29/2010 12:15:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 00:15:16 JDCD07 MURDER WARRANT, SCARY

5815588    2S321      - CRAIG, MARCUS          5/29/2010 12:17:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 00:17:25 JDCD07 HOW RUN HE HAD A PAOLE VIOLATION FOR MURDER OUT OF ARKANSAS

5815606    2W312      - TAYLOR, JACOB          5/29/2010 12:19:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 00:19:32 2S313 DID BARRON TALK TO YOU ABOUT LAST WEEK?

5815608    2S313      - FAIR, DENNIS           5/29/2010 12:19:00AM              32
2S313 DFAIR FAIR, DENNIS 05/29/10 00:19:43 2W312 NO WHY

5815611    2S313      - FAIR, DENNIS           5/29/2010 12:19:00AM              32
2S313 DFAIR FAIR, DENNIS 05/29/10 00:19:51 2W312 WHAT WAS LAST WEEK

5815614    2W312      - TAYLOR, JACOB          5/29/2010 12:20:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 00:20:03 2S313 LOL, GUN RUN

5815617    2S321      - CRAIG, MARCUS          5/29/2010 12:20:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 00:20:06 JDCD07 WE R SO COOL,

5815618    2S313      - FAIR, DENNIS           5/29/2010 12:20:00AM              32
2S313 DFAIR FAIR, DENNIS 05/29/10 00:20:12 2W312 NO WHY

5815620    2W312      - TAYLOR, JACOB          5/29/2010 12:20:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 00:20:20 2S313 HE WANTED TO MAKE SURE ONE THE THE PEER SUPORT PEOPLE TALKED TO YOU

5815621    2W312      - TAYLOR, JACOB          5/29/2010 12:20:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 00:20:24 2S313 I TOLD HIM I DID



Log Report                              Msg Count : 399                                    2

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| Message Or Action | | | |

5815623    2S313      - FAIR, DENNIS         5/29/2010  12:20:00AM              32
2S313 DFAIR FAIR, DENNIS 05/29/10 00:20:37 2W312 LMAO

5815626    2W312      - TAYLOR, JACOB        5/29/2010  12:21:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 00:21:03 2S313 JUST FYI, LORI IS GONNA   CALL UR WIFE TO MAKE
SURE SHE DOESNT HAVE ANY QUESTION

5815627    2S313      - FAIR, DENNIS         5/29/2010  12:21:00AM              32
2S313 DFAIR FAIR, DENNIS 05/29/10 00:21:20 2W312 WOW...

5815628    2W312      - TAYLOR, JACOB        5/29/2010  12:21:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 00:21:25 2S313 YEAH I KNOW

5815630    2W33       - KINGERY, JEFFRE      5/29/2010  12:21:00AM              32
2W33 JKINGERY KINGERY, JEFFRE 05/29/10 00:21:30 2W343 SOUNDS LIKE EXTRA PATROL 2 ME

5815632    2E332      - FORD, SKYLER G       5/29/2010  12:21:00AM              32
2E332 SGFORD FORD, SKYLER G 05/29/10 00:21:38 2E321 THERE GOOD OUT THERE

5815634    2W312      - TAYLOR, JACOB        5/29/2010  12:21:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 00:21:49 2W8 WE LOOKING FOR A BLACK TRUCK OR NOT?

5815635    2E321      - OAKLEY, JONATHO      5/29/2010  12:22:00AM              32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 00:22:02 2E332 YEAH.   LETS GOTO WESSSELMSNS

5815636    2E332      - FORD, SKYLER G       5/29/2010  12:22:00AM              32
2E332 SGFORD FORD, SKYLER G 05/29/10 00:22:13 2E321 O

5815637    2E332      - FORD, SKYLER G       5/29/2010  12:22:00AM              32
2E332 SGFORD FORD, SKYLER G 05/29/10 00:22:15 2E321 OK

5815638    2W343      - MASON, KEVIN         5/29/2010  12:22:00AM              32
2W343 KMASON MASON, KEVIN 05/29/10 00:22:23 2W33 PROB SO. THERE HAVE BEEN A FEW NEIGBORS
COMPLAIN BEFORE 2

5815640    2W8        - TALSMA, BRIAN        5/29/2010  12:22:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 00:22:38 2W312 A BLACK TRUCK WAS SUPPOSEDLY USED, BUT WE
HAVE NOTHING ELSE ON IT.

5815641    2W33       - KINGERY, JEFFRE      5/29/2010  12:22:00AM              32
2W33 JKINGERY KINGERY, JEFFRE 05/29/10 00:22:43 2W343 OK

5815643    2W343      - MASON, KEVIN         5/29/2010  12:23:00AM              32
2W343 KMASON MASON, KEVIN 05/29/10 00:23:11 2W33 IF UR NOT CLOSE, I'LL GET IT

5815645    2S321      - CRAIG, MARCUS        5/29/2010  12:23:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 00:23:36 JDCD07 GOING TO INDY FOR THE 500 TOMORROW WITH
STUPID JOHN

5815649    2W312      - TAYLOR, JACOB        5/29/2010  12:23:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 00:23:49 2W8 OK

5815651    2W8        - TALSMA, BRIAN        5/29/2010  12:24:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 00:23:57 2W312 IT WAS INTENTIONAL FROM A FIGHT. VICTIM
PROBABLY KNOWS WHO IT WAS SINCE HE WAS IN FIGHT.

Log Report                     Msg Count : 399                                          3

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|-----------|------------------|-----|--------|

**Message Or Action**

5815652    2W312      - TAYLOR, JACOB         5/29/2010 12:24:00AM            32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 00:24:09 2W8 IM SURE

5815657    2W334      - WEIGANT, JOEY         5/29/2010 12:24:00AM            32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 00:24:37 JDCD10 SUP

5815660    2W334      - WEIGANT, JOEY         5/29/2010 12:25:00AM            32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 00:25:12 JDCD10 AND I WAS ORIG GOING TO SAY "URMPH"   DOES
THAT CLEAR IT UP???? HAR HAR

5815664    2W8        - TALSMA, BRIAN         5/29/2010 12:25:00AM            32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 00:25:35 2W312 I GOT AN E-MAIL FROM THE LT. TELLING ME YOUR
IDACS CERT. EXPIRES THE 17TH.   YOU NEED TO GET INTO RECORDS AND GET THE TEST DONE. E-MAIL ME
AND HER WHEN YOU GET IT DONE.

5815666    2W312      - TAYLOR, JACOB         5/29/2010 12:25:00AM            32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 00:25:49 2W8 OK

5815671    2W33       - KINGERY, JEFFRE       5/29/2010 12:26:00AM            32
2W33 JKINGERY KINGERY, JEFFRE 05/29/10 00:26:47 2W343 IM HERE

5815673    2W343      - MASON, KEVIN          5/29/2010 12:26:00AM            32
2W343 KMASON MASON, KEVIN 05/29/10 00:26:54 2W33 K

5815715    2M802      - CASSIN, NICHOLA       5/29/2010 12:36:00AM            32
2M802 NCASSIN CASSIN, NICHOLA 05/29/10 00:36:20 3K23 SWINT, BRODERICK   03/18/1977

5815735    2M802      - CASSIN, NICHOLA       5/29/2010 12:43:00AM            32
2M802 NCASSIN CASSIN, NICHOLA 05/29/10 00:43:21 3K23 THANKS

5815739    2E35       - MCKINNEY, ELIZA       5/29/2010 12:44:00AM            32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 00:44:30 JDCD05 WHATS GOIN ON ON COVERT?

5815742    2E35       - MCKINNEY, ELIZA       5/29/2010 12:45:00AM            32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 00:44:58 JDCD05 DIS ITS A CHECKPOINT

5815760    2E321      - OAKLEY, JONATHO       5/29/2010 12:49:00AM            32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 00:49:27 2E332 LETS GOTO LEMERGIO

5815761    2E332      - FORD, SKYLER G        5/29/2010 12:49:00AM            32
2E332 SGFORD FORD, SKYLER G 05/29/10 00:49:36 2E321 OK

5815767    2W32       - PROCTOR, JOSHUA       5/29/2010 12:51:00AM            32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 00:51:22 JDCD11 HOW ARE YOU

5815768    2E332      - FORD, SKYLER G        5/29/2010 12:51:00AM            32
2E332 SGFORD FORD, SKYLER G 05/29/10 00:51:26 2E321 103

5815770    2E321      - OAKLEY, JONATHO       5/29/2010 12:51:00AM            32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 00:51:38 2E332 THATS RIGHT

5815771    2E321      - OAKLEY, JONATHO       5/29/2010 12:51:00AM            32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 00:51:41 2E332 THERE THE SHIT

Log Report                          Msg Count : 399                                    4

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| **Message Or Action** | | | |

5815779   2W32      - PROCTOR, JOSHUA       5/29/2010  12:53:00AM          32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 00:53:22 JDCD11 O YEA TRYING TO FLY UNDER THE RADARALL
NIGHT IF I CAN HELP IT
5815787   2M805     - BUELTEL, DOUGLA       5/29/2010  12:54:00AM          32
2M805 DBUELTEL BUELTEL, DOUGLA 05/29/10 00:54:15 JDCD11 HEY

5815823   2M805     - BUELTEL, DOUGLA       5/29/2010  1:00:00AM           32
2M805 DBUELTEL BUELTEL, DOUGLA 05/29/10 01:00:54 JDCD02 CAN YOU ADVISE WHAT THE WARRANT IS FOR
THE SUBJECT BELOW PLEASE      ----ORIGINAL NCIC/STATE/LOCAL MESSAGE----   SENT: 05/29/2010 00:59:12  TO:
2M805     LOCAL RMS INFORMATION ON HICKMAN, TARA      HI/CONT
5815825   2K93      - ELFREICH, ZACHA       5/29/2010  1:01:00AM           32
2K93 ZAELFREICH ELFREICH, ZACHA 05/29/10 01:01:00 JDCD10 OK

5815828   2E354     - HARRIS, JARID R       5/29/2010  1:01:00AM           32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 01:01:36 JDCD10 NO PROBLEM

5815833   2W32      - PROCTOR, JOSHUA       5/29/2010  1:02:00AM           32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 01:02:27 JDCD11 DOUBT IT

5815865   2M805     - BUELTEL, DOUGLA       5/29/2010  1:04:00AM           32
2M805 DBUELTEL BUELTEL, DOUGLA 05/29/10 01:04:29 JDCD02 K, THANKS

5815915   2W32      - PROCTOR, JOSHUA       5/29/2010  1:13:00AM           32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 01:13:55 2M805 U WANT TO GET A COLD DRINK

5815922   2S331     - CUETO, JENNIFER       5/29/2010  1:15:00AM           32
2S331 JCUETO CUETO, JENNIFER 05/29/10 01:15:33 2E35 ANIMALS

5815945   2E35      - MCKINNEY, ELIZA       5/29/2010  1:15:00AM           32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 01:15:44 2S331 YEA SOUNDS LIKE IT

5815949   2S7       - BONENBERGER, DA       5/29/2010  1:16:00AM           32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 01:16:14 2E7 4 USES OF FORCE, WHAT A WAY TO START THE
ROTATION
5815992   2M805     - BUELTEL, DOUGLA       5/29/2010  1:23:00AM           32
2M805 DBUELTEL BUELTEL, DOUGLA 05/29/10 01:23:22 2W32 I WOULD, BUT TRYING TO FIND MIY DRUNK AND
TIME IS RUNNING OUT.....DONT LIKE GOING HOME EMPTY HANDED
5815996   2W32      - PROCTOR, JOSHUA       5/29/2010  1:24:00AM           32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 01:23:59 2M805 IM TRYN TO FIND U ONE BUT A NO GO AT THIS
POINT
5816035   2M805     - BUELTEL, DOUGLA       5/29/2010  1:29:00AM           32
2M805 DBUELTEL BUELTEL, DOUGLA 05/29/10 01:29:36 2W32 THOUGHT YOU SAID YOU'D GET ONE WITH NO
PROBLEMS
5816038   2W32      - PROCTOR, JOSHUA       5/29/2010  1:30:00AM           32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 01:29:58 2M805 I SAID YOU WOULD LOL

5816043   2M805     - BUELTEL, DOUGLA       5/29/2010  1:30:00AM           32
2M805 DBUELTEL BUELTEL, DOUGLA 05/29/10 01:30:22 2W32 I THOUGHT YOU SAID YOU FIND ONE FOR ME

Log Report                                Msg Count :  399                                              5

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| **Message Or Action** | | | |

5816044    2W32      - PROCTOR, JOSHUA       5/29/2010  1:31:00AM            32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 01:31:02 2M805 I PROBABLY WILL ONCE YOU GO HOME

5816045    2M805     - BUELTEL, DOUGLA       5/29/2010  1:31:00AM            32
2M805 DBUELTEL BUELTEL, DOUGLA 05/29/10 01:31:22 2W32 YEP

5816046    2W32      - PROCTOR, JOSHUA       5/29/2010  1:32:00AM            32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 01:32:02 2M805 IM STILL LOOKING

5816054    2W334     - WEIGANT, JOEY         5/29/2010  1:34:00AM            32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 01:34:43 JDCD10 UM.   NO ETOH.   DESPITE MY BEST EFFORTS.
ERRRRR

5816088    2W334     - WEIGANT, JOEY         5/29/2010  1:41:00AM            32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 01:41:25 JDCD10 YEAH, I KNO ITS HARD TO BELIEVE

5816100    2E35      - MCKINNEY, ELIZA       5/29/2010  1:48:00AM            32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 01:48:55 2S331 MEET

5816101    2E332     - FORD, SKYLER G        5/29/2010  1:49:00AM            32
2E332 SGFORD FORD, SKYLER G 05/29/10 01:49:51 2E321 EASTSIDE IS DEAD

5816102    2W334     - WEIGANT, JOEY         5/29/2010  1:49:00AM            32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 01:49:52 JDCD05 EXTENSIVE NOTES FOR THE WRECK RUN.   NO RPT
NEEDED OR REQUESTED.

5816131    2S321     - CRAIG, MARCUS         5/29/2010  1:52:00AM            32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 01:52:27 2S7 USE OF FORCE ON FLEMMING IS DONE

5816133    2S7       - BONENBERGER, DA       5/29/2010  1:52:00AM            32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 01:52:46 2S321 OK

5816136    2M803     - HOLDEN, RAYMOND       5/29/2010  1:53:00AM            32
2M803 RHOLDEN HOLDEN, RAYMOND 05/29/10 01:53:43 2M805 GOT ONE YET

5816140    2E321     - OAKLEY, JONATHO       5/29/2010  1:55:00AM            32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 01:55:43 2E332 THANK GOODNESS

5816143    2E321     - OAKLEY, JONATHO       5/29/2010  1:56:00AM            32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 01:56:07 2E354 DO YOU CARE TO COVER ME

5816144    2E354     - HARRIS, JARID R       5/29/2010  1:56:00AM            32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 01:56:29 2E321 I DONT CARE

5816145    2E321     - OAKLEY, JONATHO       5/29/2010  1:56:00AM            32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 01:56:41 2E354 OK THANKSBUD

5816149    2W32      - PROCTOR, JOSHUA       5/29/2010  1:57:00AM            32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 01:56:59 2M805 YOU GET ONE

5816152    2E332     - FORD, SKYLER G        5/29/2010  1:57:00AM            32
2E332 SGFORD FORD, SKYLER G 05/29/10 01:57:18 2E321 MAN YOU SHOULD SEE THE SIZE OF THIS TREE
BRANCH AT THE HAZARD IM AT

Log Report                                        Msg Count :  399                                                         6

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| **Message Or Action** | | | |

5816153    2M805    - BUELTEL, DOUGLA       5/29/2010  1:57:00AM              32
2M805 DBUELTEL BUELTEL, DOUGLA 05/29/10 01:57:19 2W32 YEP

5816154    2M805    - BUELTEL, DOUGLA       5/29/2010  1:57:00AM              32
2M805 DBUELTEL BUELTEL, DOUGLA 05/29/10 01:57:25 2M803 JUST NOW

5816156    2W32     - PROCTOR, JOSHUA       5/29/2010  1:57:00AM              32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 01:57:33 2M805 GOOD DEAL

5816157    2M803    - HOLDEN, RAYMOND       5/29/2010  1:57:00AM              32
2M803 RHOLDEN HOLDEN, RAYMOND 05/29/10 01:57:36 2M805 YEAH I HEARD YOU

5816158    2S331    - CUETO, JENNIFER       5/29/2010  1:58:00AM              32
2S331 JCUETO CUETO, JENNIFER 05/29/10 01:58:42 2E35 TURONIS?

5816159    2E35     - MCKINNEY, ELIZA       5/29/2010  1:58:00AM              32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 01:58:51 2S331 OK

5816160    2S321    - CRAIG, MARCUS         5/29/2010  1:58:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 01:58:56 JDCD07 WEEZ BAK

5816165    2S321    - CRAIG, MARCUS         5/29/2010  2:00:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 02:00:05 JDCD07 PEPPER SPRAY

5816168    2E35     - MCKINNEY, ELIZA       5/29/2010  2:00:00AM              32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 02:00:28 JDCD02 CAN YOU SEND ME THOSE TWO NAMES I JUST
RAN?
5816169    2E332    - FORD, SKYLER G        5/29/2010  2:00:00AM              32
2E332 SGFORD FORD, SKYLER G 05/29/10 02:00:32 2E354 WHERE YOU AT

5816172    2E354    - HARRIS, JARID R       5/29/2010  2:00:00AM              32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 02:00:52 2E332 INDIANA 1600 BLK

5816174    2E35     - MCKINNEY, ELIZA       5/29/2010  2:01:00AM              32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 02:01:38 JDCD02 OK

5816175    2W334    - WEIGANT, JOEY         5/29/2010  2:01:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 02:01:52 JDCD05 HAHAHA YOU WROTE DUMPING

5816178    2E35     - MCKINNEY, ELIZA       5/29/2010  2:02:00AM              32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 02:02:00 JDCD02 OK THANKS

5816182    2W334    - WEIGANT, JOEY         5/29/2010  2:02:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 02:02:24 JDCD05 ISNT IT

5816186    2E332    - FORD, SKYLER G        5/29/2010  2:03:00AM              32
2E332 SGFORD FORD, SKYLER G 05/29/10 02:02:58 2E354 I JUST MOVED A HUGE BRANCH OUT OF THE ROAD IT
SUCKED
5816198    2W323    - KEMMERER, DOUGL       5/29/2010  2:04:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 02:04:55 JDCD05 FUNNY

Log Report                              Msg Count : 399                                          7

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|-----------|------------------|-----|--------|

**Message Or Action**

5816207   2W323      - KEMMERER, DOUGL       5/29/2010  2:06:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 02:06:23 JDCD05 IT TRUELY IS

5816211   2S321      - CRAIG, MARCUS         5/29/2010  2:06:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 02:06:40 3K21   ----ORIGINAL NCIC/STATE/LOCAL MESSAGE---- SENT:
05/29/2010 02:05:54 TO: 2S321   LOCAL RMS INFORMATION ON BELL, ALORDO   BELL, ALORDO MARCELLUS
649-C ADAMS EVANSVILLE, IN   47713   **PHOTO ON FILE** RACE/CONT

5816224   2S321      - CRAIG, MARCUS         5/29/2010  2:09:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 02:09:13 3K21 HES GOING TO SPEND GRADUATION IN THE JAIL

5816231   2S7        - BONENBERGER, DA       5/29/2010  2:10:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 02:10:13 JDCD05 2S212 IS OUT OF SERVICE

5816237   2S7        - BONENBERGER, DA       5/29/2010  2:11:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 02:10:57 JDCD05 OK

5816238   2S321      - CRAIG, MARCUS         5/29/2010  2:11:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 02:11:42 3K21 BIG FIGHT, PEPPERBALLED AND SPRAYED

5816242   2E332      - FORD, SKYLER G        5/29/2010  2:13:00AM              32
2E332 SGFORD FORD, SKYLER G 05/29/10 02:13:50 2E31 IM WAITING AT INDIANA AND ROTHERWOOD FOR YA

5816244   2S321      - CRAIG, MARCUS         5/29/2010  2:14:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 02:14:12 2S7 DEEGS NEEDS AN OT CARD SIGNED

5816245   2E31       - NEIGHBORS, KARE       5/29/2010  2:14:00AM              32
2E31 KNEIGHBORS NEIGHBORS, KARE 05/29/10 02:14:20 2E332 OK. ONE SEC

5816246   2S7        - BONENBERGER, DA       5/29/2010  2:14:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 02:14:24 2S321 SO

5816247   2S321      - CRAIG, MARCUS         5/29/2010  2:14:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 02:14:54 2S7 HE NEEDS A MEET

5816248   2S7        - BONENBERGER, DA       5/29/2010  2:15:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 02:15:08 2S321 YOU HIS MOM

5816249   2S321      - CRAIG, MARCUS         5/29/2010  2:15:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 02:15:25 2S7 HIS MCT IS BROKE

5816254   2S7        - BONENBERGER, DA       5/29/2010  2:15:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 02:15:39 2S321 OK, WHERE ARE YOU

5816256   2S321      - CRAIG, MARCUS         5/29/2010  2:16:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 02:16:06 2S7 B40

5816258   2S7        - BONENBERGER, DA       5/29/2010  2:16:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 02:16:12 2S321 OK

5816299   2W323      - KEMMERER, DOUGL       5/29/2010  2:28:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 02:28:25 10143 OK

Log Report                                    Msg Count : 399                                                    8

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acctype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| Message Or Action | | | |

5816304    2E321    - OAKLEY, JONATHO        5/29/2010   2:28:00AM                32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:28:40 JDCD07 WHAT UP

5816311    2W8      - TALSMA, BRIAN           5/29/2010   2:30:00AM                32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 02:30:54 2W31 I STILL HAVE YOUR TOW TICKETS. MEET?

5816322    2W312    - TAYLOR, JACOB           5/29/2010   2:32:00AM                32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 02:32:49 JDCD07 UM, NOT JUST SOMEBODY

5816327    2W312    - TAYLOR, JACOB           5/29/2010   2:33:00AM                32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 02:33:43 JDCD07 UM YEAH

5816328    2W31     - WINTERS, KATHY          5/29/2010   2:33:00AM                32
2W31 KWINTERS WINTERS, KATHY 05/29/10 02:33:47 2W8 JUST LEAVING THE WEST OFC - NAME IT

5816331    2W8      - TALSMA, BRIAN           5/29/2010   2:34:00AM                32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 02:34:11 2W31 GARVIN AND FRANKLIN

5816332    2W31     - WINTERS, KATHY          5/29/2010   2:34:00AM                32
2W31 KWINTERS WINTERS, KATHY 05/29/10 02:34:18 2W8 K

5816345    2W8      - TALSMA, BRIAN           5/29/2010   2:37:00AM                32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 02:37:01 2W31 MEET AT CECILS

5816346    2W31     - WINTERS, KATHY          5/29/2010   2:37:00AM                32
2W31 KWINTERS WINTERS, KATHY 05/29/10 02:37:06 2W8 K

5816355    2S331    - CUETO, JENNIFER         5/29/2010   2:41:00AM                32
2S331 JCUETO CUETO, JENNIFER 05/29/10 02:41:01 2S312 WAS THAT HIS CAR?   I CHECKED AROUND FOR HIM.
PROBABLY LAYING DOWN.
5816357    2S312    - WINSETT, NICK           5/29/2010   2:41:00AM                32
2S312 NWINSETT WINSETT, NICK 05/29/10 02:41:31 2S331 IT WAS HER CAR AND HE WAS THE DD

5816361    2E35     - MCKINNEY, ELIZA         5/29/2010   2:42:00AM                32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 02:42:04 2E31 U NEED ANY HELP

5816363    2W312    - TAYLOR, JACOB           5/29/2010   2:42:00AM                32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 02:42:24 JDCD07 UR RIGHT, IM NOBODY

5816365    2S331    - CUETO, JENNIFER         5/29/2010   2:42:00AM                32
2S331 JCUETO CUETO, JENNIFER 05/29/10 02:42:28 2S312 K

5816372    2E321    - OAKLEY, JONATHO         5/29/2010   2:44:00AM                32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:44:53 JDCD07 NOTHIN.   JUST READY FOR SOME TIME OFF

5816373    2E321    - OAKLEY, JONATHO         5/29/2010   2:45:00AM                32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:45:16 JDCD07 IT SEEMS LIKE IM GOING 100 MPH WHEN IM OFF
GETTING READY FOR THE WEDDING
5816375    2E321    - OAKLEY, JONATHO         5/29/2010   2:45:00AM                32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:45:47 JDCD07 NOT SOON ENOUGH

Log Report                        Msg Count : 399                                                9

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| **Message Or Action** | | | |

5816377    2S331      - CUETO, JENNIFER        5/29/2010  2:46:00AM              32
2S331 JCUETO CUETO, JENNIFER 05/29/10 02:46:54 2E35 DID U LOOK AT THAT NOTIFICATION FOR S7

5816378    2E35       - MCKINNEY, ELIZA        5/29/2010  2:47:00AM              32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 02:47:00 2S331 YEP

5816383    2E354      - HARRIS, JARID R        5/29/2010  2:49:00AM              32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 02:49:07 2E332 DRINK

5816385    2E332      - FORD, SKYLER G         5/29/2010  2:49:00AM              32
2E332 SGFORD FORD, SKYLER G 05/29/10 02:49:20 2E354 SURE WHERE AT

5816387    2E354      - HARRIS, JARID R        5/29/2010  2:49:00AM              32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 02:49:31 2E332 BELL/ GREEN

5816388    2E354      - HARRIS, JARID R        5/29/2010  2:49:00AM              32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 02:49:49 2E332 ILL CHECK ICON ON THE WAY

5816390    2E332      - FORD, SKYLER G         5/29/2010  2:50:00AM              32
2E332 SGFORD FORD, SKYLER G 05/29/10 02:50:10 2E354 OK

5816391    2K91       - HOOVER, BRENT          5/29/2010  2:50:00AM              32
2K91 BHOOVER HOOVER, BRENT 05/29/10 02:50:12 2K93 MAY NOT COME IN TILL 10 TOMORROW

5816392    2K93       - ELFREICH, ZACHA        5/29/2010  2:50:00AM              32
2K93 ZAELFREICH ELFREICH, ZACHA 05/29/10 02:50:18 2K91 OK

5816397    2K91       - HOOVER, BRENT          5/29/2010  2:50:00AM              32
2K91 BHOOVER HOOVER, BRENT 05/29/10 02:50:40 2K93 SINCE JEREMY IS OFF

5816401    2E321      - OAKLEY, JONATHO        5/29/2010  2:51:00AM              32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:51:28 JDCD07 NICE

5816404    2E321      - OAKLEY, JONATHO        5/29/2010  2:51:00AM              32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:51:38 JDCD07 VERY NICE

5816411    2E321      - OAKLEY, JONATHO        5/29/2010  2:52:00AM              32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:52:52 JDCD07 YEAH THATS WHY IM ALWAYS NICE TO
EVERYONE LOL
5816412    2S331      - CUETO, JENNIFER        5/29/2010  2:53:00AM              32
2S331 JCUETO CUETO, JENNIFER 05/29/10 02:53:22 2E35 FOR NO REASON

5816413    2E321      - OAKLEY, JONATHO        5/29/2010  2:53:00AM              32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:53:32 JDCD07 TARA IS INTOXICATED BEYOND BEIEVE AND
SHES BEEN ON THE PHONE ASKING ME WHY IM MAD AT HER.   GOOD LUCK TELLING A DRUNK YOUR NOT.

5816418    2E321      - OAKLEY, JONATHO        5/29/2010  2:54:00AM              32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:54:03 2E332 COME TO BURILNGTON COAT FACTORY

5816419    2E332      - FORD, SKYLER G         5/29/2010  2:54:00AM              32
2E332 SGFORD FORD, SKYLER G 05/29/10 02:54:17 2E321 JARID WANTS ME TO MEET HIM AT BELL AND GREEN

Log Report                         Msg Count : 399                                    10

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00 AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| Message Or Action | | | |

| 5816420 | 2E321     - OAKLEY, JONATHO | 5/29/2010  2:54:00AM | 32 |
|---|---|---|---|

2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:54:19 JDCD07 SHE IS HAMMERED TOO

5816422   2E321     - OAKLEY, JONATHO     5/29/2010  2:54:00AM         32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:54:27 JDCD07 DONT TELL HER I SAID THAT LOL

5816423   2E321     - OAKLEY, JONATHO     5/29/2010  2:54:00AM         32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:54:32 2E332 K

5816426   2W8      - TALSMA, BRIAN     5/29/2010  2:55:00AM         32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 02:55:14 2W31 I FIND IT CURIOUS THAT THEY CHOSE THAT SPOT TO STOP AND TALK, BUT HE WASN'T TAUNTING ANYONE IN THE BAR..... HMMMMMMM.....

5816427   2E354     - HARRIS, JARID R     5/29/2010  2:55:00AM         32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 02:55:24 2E332 I AM HERE

5816429   2E332     - FORD, SKYLER G     5/29/2010  2:55:00AM         32
2E332 SGFORD FORD, SKYLER G 05/29/10 02:55:37 2E354 GIVE ME A MINUTE

5816430   2E354     - HARRIS, JARID R     5/29/2010  2:55:00AM         32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 02:55:52 2E332 45 SEC

5816431   2W31     - WINTERS, KATHY     5/29/2010  2:55:00AM         32
2W31 KWINTERS WINTERS, KATHY 05/29/10 02:55:56 2W8 HE DIDN'T MEAN NO HARM...

5816432   2E354     - HARRIS, JARID R     5/29/2010  2:55:00AM         32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 02:55:57 2E332 35 SEC

5816433   2E354     - HARRIS, JARID R     5/29/2010  2:56:00AM         32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 02:56:05 2E332 25SEC

5816434   2E332     - FORD, SKYLER G     5/29/2010  2:56:00AM         32
2E332 SGFORD FORD, SKYLER G 05/29/10 02:56:06 2E354 I HAVE TO RUN BY MY HOUSE AND GET SOMETHING

5816436   2E354     - HARRIS, JARID R     5/29/2010  2:56:00AM         32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 02:56:10 2E332 15SEC

5816437   2E354     - HARRIS, JARID R     5/29/2010  2:56:00AM         32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 02:56:21 2E332 10SEC

5816438   2E354     - HARRIS, JARID R     5/29/2010  2:56:00AM         32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 02:56:27 2E332 TIMES UP

5816444   2W31     - WINTERS, KATHY     5/29/2010  2:57:00AM         32
2W31 KWINTERS WINTERS, KATHY 05/29/10 02:57:15 2W8 MY 16YOA HITS HIMSELF IN THE HEAD LIKE THAT WHEN HE GETS REALLY MAD AT ME - I STARTED TO TELL HIM HE WAS GROUNDED

5816450   2E35      - MCKINNEY, ELIZA     5/29/2010  2:58:00AM         32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 02:58:39 2S331 MY GRASS IS OUTTA CONTROL

5816451   2W8      - TALSMA, BRIAN     5/29/2010  2:58:00AM         32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 02:58:48 2W31 I THINK YOU GET A FEW MORE BEERS IN THAT GUY AND HE COULD BE A PROBLEM.

Log Report                         Msg Count : 399                                    11

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

---

| Log Entry | Unit – User Name | At | Action |
|---|---|---|---|
| **Message Or Action** | | | |

5816453    2E321      - OAKLEY, JONATHO       5/29/2010  2:59:00AM           32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 02:59:01 JDCD07 WELL SHE WENT OUT WITH HER FRIEND
TONIGHT AND I DONT CARE IF SHE DRINKS AND HAS A GOOD TIME, I WAS JUST KINDA MAD BECAUSE IT
WAS AN EX BFS BIRTHDAY PARTY.   GRANTED IT WAS A HIGH SCHOOL BF, I THIN/CONT

5816454    2S7        - BONENBERGER, DA       5/29/2010  2:59:00AM           32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 02:59:05 JDCD05 CAN YOU PRINT THE RUN CARD FROM 2S383
RUN ON CHESTNUT TO ROLL CALL

5816457    2W31       - WINTERS, KATHY        5/29/2010  2:59:00AM           32
2W31 KWINTERS WINTERS, KATHY 05/29/10 02:59:24 2W8 I THINK U COULD BE RIGHT

5816458    2S7        - BONENBERGER, DA       5/29/2010  2:59:00AM           32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 02:59:25 JDCD05 THANKS

5816466    2E35       - MCKINNEY, ELIZA       5/29/2010  3:01:00AM           32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 03:01:09 2S331 IS THAT THE SAME HOUSE ON LANT FROM
BEFORE?

5816467    2E321      - OAKLEY, JONATHO       5/29/2010  3:01:00AM           32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:01:09 JDCD07 I KNOW BUT WE WENT TO A WEDDING LAST
MONTH AND HE WAS THE DJ AND SHE KEPT GOING BACK AND FORTH TO HIM. SHE DIDNT COME OUT WITH
IT AT FIRST THAT THEY HAD DATED

5816468    2S7        - BONENBERGER, DA       5/29/2010  3:01:00AM           32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 03:01:09 2S331 DO YOU KNOW IF EXCISE IS WORKING

5816469    2S331      - CUETO, JENNIFER       5/29/2010  3:01:00AM           32
2S331 JCUETO CUETO, JENNIFER 05/29/10 03:01:33 2S7 NO IDEA IF EXCISE IS WORKING HAVEN'T HEARD THEM.

5816470    2S331      - CUETO, JENNIFER       5/29/2010  3:01:00AM           32
2S331 JCUETO CUETO, JENNIFER 05/29/10 03:01:50 2E35 I'M SURE ITS THE SAME HOUSE

5816474    2S7        - BONENBERGER, DA       5/29/2010  3:02:00AM           32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 03:02:26 2S331 OK

5816476    2S321      - CRAIG, MARCUS         5/29/2010  3:03:00AM           32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 03:03:18 JDCD07 U GETTING COMPLAINTS ON US

5816485    2S321      - CRAIG, MARCUS         5/29/2010  3:06:00AM           32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 03:06:22 JDCD07 HAHA PEPPER SPRAY IS NOT LIKED BY MANY

5816493    2E321      - OAKLEY, JONATHO       5/29/2010  3:09:00AM           32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:09:03 JDCD07 I KNOW LOL.

5816512    2E7        - BARRON, DAVID         5/29/2010  3:11:00AM           32
2E7 DBARRON BARRON, DAVID 05/29/10 03:11:39 2S313 I NEED A MEET SOMETIME

5816516    2S313      - FAIR, DENNIS          5/29/2010  3:11:00AM           32
2S313 DFAIR FAIR, DENNIS 05/29/10 03:11:52 2E7 OK NAME IT

5816518    2S7        - BONENBERGER, DA       5/29/2010  3:12:00AM           32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 03:11:59 JDCD05 I AM CLEAR, CAN YOU PRINT THAT TO ROLL
CALL TOO

Log Report                       Msg Count :  399                                    12

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| Message Or Action | | | |

5816521   2E321    - OAKLEY, JONATHO     5/29/2010  3:12:00AM         32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:12:08 JDCD07 OH NICE.   THAT SOUNDS LIKE SOMETHING TARA
WOULD DO

5816524   2E7    - BARRON, DAVID     5/29/2010  3:12:00AM         32
2E7 DBARRON BARRON, DAVID 05/29/10 03:12:31 2S313 41/LINCOLN

5816525   2S7    - BONENBERGER, DA     5/29/2010  3:12:00AM         32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 03:12:34 2E7 CHECK OUT THE EASTPARK RUN

5816526   2S313    - FAIR, DENNIS     5/29/2010  3:12:00AM         32
2S313 DFAIR FAIR, DENNIS 05/29/10 03:12:37 2E7 OK

5816527   2E321    - OAKLEY, JONATHO     5/29/2010  3:13:00AM         32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:13:13 JDCD07 THATS GREAT

5816532   2E7    - BARRON, DAVID     5/29/2010  3:13:00AM         32
2E7 DBARRON BARRON, DAVID 05/29/10 03:13:49 2S7 ITS TRUE    SOONER OR LATER WE ALL DO

5816536   2W323    - KEMMERER, DOUGL     5/29/2010  3:14:00AM         32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:14:20 2W8 THIS IS WHAT JOLLY SAID TO DO.

5816537   2E321    - OAKLEY, JONATHO     5/29/2010  3:14:00AM         32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:14:32 JDCD07 THATS GREAT.

5816538   2W8    - TALSMA, BRIAN     5/29/2010  3:15:00AM         32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 03:14:59 2W323 I ASSUME YOU ARE TALKING ABOUT A REPORT THAT
WILL BE COMING

5816540   2W323    - KEMMERER, DOUGL     5/29/2010  3:15:00AM         32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:15:53 2W8 YUP

5816541   2W8    - TALSMA, BRIAN     5/29/2010  3:16:00AM         32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 03:16:04 2W323 K

5816544   2E35    - MCKINNEY, ELIZA     5/29/2010  3:16:00AM         32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 03:16:36 2S331 DIRTY SHIRTS NEED TO GO HOME AND NOT
CREATE WORK FOR OTHERS WHEN OFF DUTY

5816547   2S331    - CUETO, JENNIFER     5/29/2010  3:17:00AM         32
2S331 JCUETO CUETO, JENNIFER 05/29/10 03:17:31 2E35 U IN 9-11

5816552   2E35    - MCKINNEY, ELIZA     5/29/2010  3:18:00AM         32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 03:18:15 2S331 YEP

5816554   2S331    - CUETO, JENNIFER     5/29/2010  3:18:00AM         32
2S331 JCUETO CUETO, JENNIFER 05/29/10 03:18:39 2E35 OVER HEAR WOMAN

5816555   2S331    - CUETO, JENNIFER     5/29/2010  3:18:00AM         32
2S331 JCUETO CUETO, JENNIFER 05/29/10 03:18:48 2E35 SORRY HERE

5816558   2S7    - BONENBERGER, DA     5/29/2010  3:20:00AM         32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 03:20:07 2E7 YEP

Log Report                                    Msg Count :  399                                          13

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

---

| Log Entry | Unit - User Name | At | Action |
|-----------|------------------|-----|--------|

**Message Or Action**

---

5816560    2W8    - TALSMA, BRIAN         5/29/2010  3:22:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 03:22:26 2W323 I THINK THE CHARGE FITS ONLY BECAUSE WE CAN'T
BLOW IT OFF COMPLETELY BUT IT APPEARS THE VICTIM WAS THE REAL PROBLEM.   THIS LOOKS LIKE A
WAY OF SAYING THE VICTIM GOT INJURED, BUT NOT MAKING A BIG DEAL /CONT

5816562    2E354    - HARRIS, JARID R         5/29/2010  3:25:00AM              32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 03:25:40 2E332 WHERE R U?

5816584    2E332    - FORD, SKYLER G         5/29/2010  3:26:00AM              32
2E332 SGFORD FORD, SKYLER G 05/29/10 03:25:58 2E354 IM BACK ON THE EASTSIDE WHERE ARE YOU

5816585    2W323    - KEMMERER, DOUGL         5/29/2010  3:26:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:26:00 2W8 EXACTLY WHAT WE DECIDED

5816586    2W323    - KEMMERER, DOUGL         5/29/2010  3:26:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:26:18 2W8 VIC HAS BEEN A MAJOR PAIN IN THE PAST

5816587    2E354    - HARRIS, JARID R         5/29/2010  3:26:00AM              32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 03:26:20 2E332 MEET?

5816588    2E332    - FORD, SKYLER G         5/29/2010  3:26:00AM              32
2E332 SGFORD FORD, SKYLER G 05/29/10 03:26:28 2E354 ESO

5816590    2E354    - HARRIS, JARID R         5/29/2010  3:26:00AM              32
2E354 JRHARRIS HARRIS, JARID R 05/29/10 03:26:35 2E332 K

5816591    2W8    - TALSMA, BRIAN         5/29/2010  3:26:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 03:26:47 2W323 TODAYS VICTIM IS YESTERDAYS OR TOMORROWS
SUSPECT..................

5816593    2W323    - KEMMERER, DOUGL         5/29/2010  3:27:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:27:26 2W8 VIC IS PROLLY GOING TO KILL THE
GIRLFRIEND SOMEDAY, YET SHE STAYS

5816594    2W8    - TALSMA, BRIAN         5/29/2010  3:27:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 03:27:49 2W323 CAN'T FIGHT TRUE LOVE.

5816595    2E321    - OAKLEY, JONATHO         5/29/2010  3:28:00AM              32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:28:20 JDCD07 I CANT WAIT TO GO ON THE HONEYMOON.   WE
WILL HAVE A BLAST

5816596    2W323    - KEMMERER, DOUGL         5/29/2010  3:28:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:28:24 2W8 GUESS NOT, NO MATTER HOW MUCH TRUE
LOVE FIGHTS

5816597    2W8    - TALSMA, BRIAN         5/29/2010  3:28:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 03:28:38 2W323 EXACTLY

5816599    2W323    - KEMMERER, DOUGL         5/29/2010  3:29:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:29:32 2S321 SOUNDS LIKE MCDANIELS

5816600    2E321    - OAKLEY, JONATHO         5/29/2010  3:29:00AM              32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:29:37 JDCD07 AND YOU WERE DRUNK.   THAT MAKES THAT
STORY YOU TOLD ME LEGENDARY

Log Report                              Msg Count :  399                                                    14

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| Message Or Action | | | |

5816601    2E321    - OAKLEY, JONATHO    5/29/2010  3:30:00AM    32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:30:07 JDCD07 "SHAWN, ARE YOU LOOKING AT TINKERBELL"

5816603    2W323    - KEMMERER, DOUGL    5/29/2010  3:30:00AM    32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:30:25 2E7 HOW DO THE RESTAURANTS LOOK OVVER
THERE?
5816604    2E7    - BARRON, DAVID    5/29/2010  3:30:00AM    32
2E7 DBARRON BARRON, DAVID 05/29/10 03:30:47 2W323 HAVEN'T LOOKED

5816607    2W323    - KEMMERER, DOUGL    5/29/2010  3:31:00AM    32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:30:59 2E7 R YA HUNGRY?

5816608    2E7    - BARRON, DAVID    5/29/2010  3:31:00AM    32
2E7 DBARRON BARRON, DAVID 05/29/10 03:31:10 2W323 COULD EAT

5816609    2E321    - OAKLEY, JONATHO    5/29/2010  3:31:00AM    32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:31:10 JDCD07 NO YOUR NOT.

5816610    2E7    - BARRON, DAVID    5/29/2010  3:31:00AM    32
2E7 DBARRON BARRON, DAVID 05/29/10 03:31:28 2S313 YOU ENROUTE?

5816611    2W323    - KEMMERER, DOUGL    5/29/2010  3:31:00AM    32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:31:32 2E7 WANNA CHECH EM OUT AND GET BACK?

5816612    2E321    - OAKLEY, JONATHO    5/29/2010  3:31:00AM    32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:31:32 JDCD07 JUST IN LOVE, NOTHING WRONG WITH THAT

5816613    2S313    - FAIR, DENNIS    5/29/2010  3:31:00AM    32
2S313 DFAIR FAIR, DENNIS 05/29/10 03:31:36 2E7 HERE

5816614    2E7    - BARRON, DAVID    5/29/2010  3:31:00AM    32
2E7 DBARRON BARRON, DAVID 05/29/10 03:31:40 2W323 K

5816615    2S313    - FAIR, DENNIS    5/29/2010  3:32:00AM    32
2S313 DFAIR FAIR, DENNIS 05/29/10 03:32:01 2E7 SORRY WRONG PLCE

5816616    2E7    - BARRON, DAVID    5/29/2010  3:32:00AM    32
2E7 DBARRON BARRON, DAVID 05/29/10 03:32:10 2S313 K

5816621    2E321    - OAKLEY, JONATHO    5/29/2010  3:34:00AM    32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:34:11 JDCD07 OMG   HILAROUS

5816623    2E321    - OAKLEY, JONATHO    5/29/2010  3:34:00AM    32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:34:45 JDCD07 VROOOOOOOOOOOOOOOOOMMMMMMM

5816625    2S383    - WARD, MICHAEL    5/29/2010  3:35:00AM    32
2S383 MWARD WARD, MICHAEL 05/29/10 03:35:19 2S7 THE USES OF FORCES ARE DONE FOR ALL INVOLVED.
WE WILL LEAVE THE OVERTIME CARDS FOR TONIGHT IN THE WINDOW
5816626    2E321    - OAKLEY, JONATHO    5/29/2010  3:35:00AM    32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:35:25 JDCD07 I WISH YOU GUYS COULD MAKE THE WEDDING

Log Report                          Msg Count :  399                                              15

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|

**Message Or Action**

5816627   2S7       - BONENBERGER, DA       5/29/2010  3:35:00AM             32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 03:35:29 2S383 HOW MANY USE OF FORCES DID YOU DO

5816629   2S383     - WARD, MICHAEL         5/29/2010  3:38:00AM             32
2S383 MWARD WARD, MICHAEL 05/29/10 03:37:59 2S7 WE DID THREE, HIRSHMAN DID ONE

5816630   2S383     - WARD, MICHAEL         5/29/2010  3:38:00AM             32
2S383 MWARD WARD, MICHAEL 05/29/10 03:38:17 2S7 THE ONE WAS JUST FOR THE PEPPER SPRAY

5816634   2W323     - KEMMERER, DOUGL       5/29/2010  3:39:00AM             32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:39:21 2M389 YOURE ON TILL 4 RIGHT?

5816635   2M389     - WOOD, TYRONE          5/29/2010  3:39:00AM             32
2M389 TKWOOD WOOD, TYRONE 05/29/10 03:39:32 2W323 YEA

5816637   2M389     - WOOD, TYRONE          5/29/2010  3:39:00AM             32
2M389 TKWOOD WOOD, TYRONE 05/29/10 03:39:48 2W323 YOU NEED SOMTHING

5816638   2E321     - OAKLEY, JONATHO       5/29/2010  3:39:00AM             32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 03:39:50 JDCD07 :(

5816639   2W323     - KEMMERER, DOUGL       5/29/2010  3:39:00AM             32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:39:56 2M389 NOBODY OUT THERE, SHOULDNT TAKE TOO
LONG

5816640   2W8       - TALSMA, BRIAN         5/29/2010  3:39:00AM             32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 03:39:57 2W312 THEY ARE SUPPOSE TO TRANSPORT UNTIL 0430 ISH, SO
YOU ARE MORE THAN FINE. IF THEY COMPLAIN, SLAP THEM UPSIDE THE HEAD FOR ME...

5816641   2W323     - KEMMERER, DOUGL       5/29/2010  3:40:00AM             32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:40:08 2M389 NOPE

5816645   2M389     - WOOD, TYRONE          5/29/2010  3:40:00AM             32
2M389 TKWOOD WOOD, TYRONE 05/29/10 03:40:19 2W323 OH I KNOW, WE WERE GIVING HIM A HARD TIME

5816647   2W312     - TAYLOR, JACOB         5/29/2010  3:40:00AM             32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 03:40:36 2W8 I THINK U MEANT S312

5816649   2W323     - KEMMERER, DOUGL       5/29/2010  3:40:00AM             32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 03:40:49 2M389 WIERD NIGHT. HOW MANY DID YOUTAKE?

5816650   2W8       - TALSMA, BRIAN         5/29/2010  3:40:00AM             32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 03:40:54 2W312 WOOPS, YES I DID.

5816651   2W8       - TALSMA, BRIAN         5/29/2010  3:41:00AM             32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 03:41:28 2S312 THEY ARE SUPPOSE TO TRANSPORT UNTIL 0430 ISH, SO
YOU ARE MORE THAN FINE. IF THEY COMPLAIN, SLAP THEM UPSIDE THE HEAD FOR ME...

5816652   2E35      - MCKINNEY, ELIZA       5/29/2010  3:42:00AM             32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 03:42:16 2S331 LOL MY PARTNERS IN FOOT PURSUIT

5816653   2S312     - WINSETT, NICK         5/29/2010  3:42:00AM             32
2S312 NWINSETT WINSETT, NICK 05/29/10 03:42:19 2W8 NO PROBLEM THERE

Log Report                                    Msg Count :  399                                              16

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| **Message Or Action** | | | |

5816654    2W334    - WEIGANT, JOEY          5/29/2010  3:42:00AM                    32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 03:42:42 JDCD05 YOU FORGOT TO SAY WOOOOOO

5816658    2W334    - WEIGANT, JOEY          5/29/2010  3:43:00AM                    32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 03:43:21 JDCD05 YOU ROCK

5816659    2S331    - CUETO, JENNIFER        5/29/2010  3:43:00AM                    32
2S331 JCUETO CUETO, JENNIFER 05/29/10 03:43:23 2E35 WHAT IS T.WOOD DOING.   WOOHOO

5816660    2W8      - TALSMA, BRIAN          5/29/2010  3:43:00AM                    32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 03:43:38 2S312 THOSE BOYS WILL DO ANYTHING TO AVOID
TRANSPORT FOR YOU...
5816661    2S312    - WINSETT, NICK          5/29/2010  3:43:00AM                    32
2S312 NWINSETT WINSETT, NICK 05/29/10 03:43:47 2W8 YEP

5816662    2S331    - CUETO, JENNIFER        5/29/2010  3:43:00AM                    32
2S331 JCUETO CUETO, JENNIFER 05/29/10 03:43:55 2E35 HOW IN THE WORLD DOES THE WAGON GET IN A FOOT
PURSUIT
5816665    2W334    - WEIGANT, JOEY          5/29/2010  3:45:00AM                    32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 03:45:21 JDCD05 HE IS THE DRIVER FROM THAT WRECK I HAD
EARLIER\
5816670    2S321    - CRAIG, MARCUS          5/29/2010  3:46:00AM                    32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 03:46:17 2S312 WHO U GOT

5816671    2W334    - WEIGANT, JOEY          5/29/2010  3:46:00AM                    32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 03:46:18 JDCD05 HEH HEH

5816672    2E35     - MCKINNEY, ELIZA        5/29/2010  3:46:00AM                    32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 03:46:39 2S331 LOL THAT IS FUNNY

5816673    2S312    - WINSETT, NICK          5/29/2010  3:46:00AM                    32
2S312 NWINSETT WINSETT, NICK 05/29/10 03:46:39 2S321 YEAH, NO PROBLEM

5816674    2S312    - WINSETT, NICK          5/29/2010  3:46:00AM                    32
2S312 NWINSETT WINSETT, NICK 05/29/10 03:46:44 2S321 THANKS

5816676    2S321    - CRAIG, MARCUS          5/29/2010  3:47:00AM                    32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 03:47:21 2S312 WHO DID U ARREST?

5816678    2S312    - WINSETT, NICK          5/29/2010  3:47:00AM                    32
2S312 NWINSETT WINSETT, NICK 05/29/10 03:47:46 2S321   ----ORIGINAL NCIC/STATE/LOCAL MESSAGE---- SENT:
05/29/2010 03:36:53 TO: 2S312   LOCAL RMS INFORMATION ON FOREST, JESSICA   FOREST, JESSICA LEVETTLE
701-A JACKSON AVE EVANSVILLE, IN   47713   **PHOTO /CONT
5816679    2S331    - CUETO, JENNIFER        5/29/2010  3:48:00AM                    32
2S331 JCUETO CUETO, JENNIFER 05/29/10 03:48:00 2E35 THE AMR WAS PROLLY NEEDED FOR T.WOOD

5816680    2E35     - MCKINNEY, ELIZA        5/29/2010  3:48:00AM                    32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 03:48:09 2S331 LOL

5816684    2E7      - BARRON, DAVID          5/29/2010  3:51:00AM                    32
2E7 DBARRON BARRON, DAVID 05/29/10 03:51:21 2W323 BEEN TIED UP CHECKING NOW

Log Report                          Msg Count :  399                                                      17

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|

**Message Or Action**

5816686    2S321      - CRAIG, MARCUS        5/29/2010  3:53:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 03:53:13 JDCD05 DID WEST JUST HAVE A RUN ON THEM 2

5816701    2E7        - BARRON, DAVID        5/29/2010  3:59:00AM              32
2E7 DBARRON BARRON, DAVID 05/29/10 03:59:43 2W323 EITHER ONE OK, NOT TOO BUSY

5816705    2W8        - TALSMA, BRIAN        5/29/2010  4:01:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 04:01:46 2S7 ONE OF THE PROBES FROM THIS FOOT CHASE AND
TAZING HIT THE SUSPECT RIGHT IN THE LEFT SIDE OF HIS RIGHT THIGH.......

5816706    2W323      - KEMMERER, DOUGL      5/29/2010  4:02:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:01:59 2E7 EITHER IS GOOD

5816708    2W323      - KEMMERER, DOUGL      5/29/2010  4:02:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:02:10 JDCD03 GO AHEAD

5816710    2W32       - PROCTOR, JOSHUA      5/29/2010  4:02:00AM              32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 04:02:30 JDCD11 SOME WHAT

5816711    2E7        - BARRON, DAVID        5/29/2010  4:02:00AM              32
2E7 DBARRON BARRON, DAVID 05/29/10 04:02:30 2W323 IHOP WHENEVER UR READY

5816712    2W323      - KEMMERER, DOUGL      5/29/2010  4:03:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:03:09 2E7 OK HEADED FROM 1ST   DIA

5816713    2E7        - BARRON, DAVID        5/29/2010  4:03:00AM              32
2E7 DBARRON BARRON, DAVID 05/29/10 04:03:17 2W323 K

5816718    2W323      - KEMMERER, DOUGL      5/29/2010  4:03:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:03:43 JDCD03 WOW

5816719    2M805      - BUELTEL, DOUGLA      5/29/2010  4:03:00AM              32
2M805 DBUELTEL BUELTEL, DOUGLA 05/29/10 04:03:49 JDCD11 NOT BAD...HERE A LIL LATER THAN I HAD
HOPED, BUT GOT ONE

5816720    2M805      - BUELTEL, DOUGLA      5/29/2010  4:04:00AM              32
2M805 DBUELTEL BUELTEL, DOUGLA 05/29/10 04:04:17 JDCD11 HEADING HOME NOW....HAVE A GOOD ONE

5816724    2W323      - KEMMERER, DOUGL      5/29/2010  4:04:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:04:48 JDCD03 AGAIN   WOW

5816732    2W323      - KEMMERER, DOUGL      5/29/2010  4:07:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:07:55 JDCD05,JDCD03 TYRONES TAZER HIT THE GUY. ONE
BARB IN THE RIGHT HAND, OTHER IN HIS PACKAGE

5816738    2W323      - KEMMERER, DOUGL      5/29/2010  4:08:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:08:52 JDCD05,JDCD03 GUY SAID IT WAS THE WORSE
THING THAT HAS EVER HAPPENED TO HIM

5816740    2E7        - BARRON, DAVID        5/29/2010  4:09:00AM              32
2E7 DBARRON BARRON, DAVID 05/29/10 04:09:52 2W323 U CLOSE

5816741    2W323      - KEMMERER, DOUGL      5/29/2010  4:10:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:09:59 2E7 GRR

Log Report                          Msg Count : 399                                    18

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

---

| Log Entry | Unit - User Name | At | Action |
|-----------|------------------|-----|--------|
| **Message Or Action** | | | |

---

5816742    2E7        - BARRON, DAVID        5/29/2010  4:10:00AM              32
2E7 DBARRON BARRON, DAVID 05/29/10 04:10:11 2W323 K GOING IN

5816743    2W323      - KEMMERER, DOUGL      5/29/2010  4:10:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:10:17 2E7 K

5816745    2W323      - KEMMERER, DOUGL      5/29/2010  4:12:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:12:29 JDCD03 ?

5816778    2S7        - BONENBERGER, DA      5/29/2010  4:40:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 04:40:29 2W8 I HAD HOEHN CALL IN SICK SO I BORROWED
FROM YOU SINCE YOU HAD THE MOST PEOPLE.   I TOOK HOLDER.
5816787    2W8        - TALSMA, BRIAN        5/29/2010  4:43:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 04:43:06 2S7 K

5816797    2W8        - TALSMA, BRIAN        5/29/2010  4:48:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 04:48:47 2W32 DID YOU START AT 10 OR 11?

5816798    2W32       - PROCTOR, JOSHUA      5/29/2010  4:49:00AM              32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 04:48:57 2W8 11

5816800    2W8        - TALSMA, BRIAN        5/29/2010  4:49:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 04:49:40 2W32 K. WHEN THE WEST UNITS ON THEIR MEAL NOW GO
AVAILABLE GO HOME. LEAVE A CARD FOR 8 HOURS, BUT GO HOME. THANKS FOR YOUR HELP.
5816802    2W32       - PROCTOR, JOSHUA      5/29/2010  4:49:00AM              32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 04:49:56 2W8 OK THANKS

5816806    2W32       - PROCTOR, JOSHUA      5/29/2010  4:50:00AM              32
2W32 JPROCTOR PROCTOR, JOSHUA 05/29/10 04:50:39 2W8 I GAVE A CARD TO SGT SMITH SO HE MAY HAVE
TAKEN CARE OF IT ALREADY
5816808    2W8        - TALSMA, BRIAN        5/29/2010  4:51:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 04:50:58 2W32 OK. I WILL CHECK TO MAKE SURE.

5816837    2W323      - KEMMERER, DOUGL      5/29/2010  4:58:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:58:47 JDCD03 GREENRIVER AND MORGAN IS ON 4 WAY
RED BLINK
5816842    2W323      - KEMMERER, DOUGL      5/29/2010  4:59:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 04:59:51 JDCD03 FIX IT

5816845    2W323      - KEMMERER, DOUGL      5/29/2010  5:00:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:00:09 JDCD03 YES

5816846    2S7        - BONENBERGER, DA      5/29/2010  5:00:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 05:00:34 2W8 I WIL DO THE USE OF FORCE HERE SINCE I
WITNESSED EVERYTHING WITH KINGERY
5816848    2W8        - TALSMA, BRIAN        5/29/2010  5:01:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 05:01:22 2S7 I DIDN'T KNOW IT WAS KINGERY WHO ROUGHED HIM UP.
HE WAS IN CUFFS, WHAT HAPPENED?
5816849    2M389      - WOOD, TYRONE        5/29/2010  5:01:00AM              32
2M389 TKWOOD WOOD, TYRONE 05/29/10 05:01:39 2S321 WHERE DO YOU WANTMEET

Log Report                         Msg Count : 399                                    19

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

---

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| Message Or Action | | | |

---

5816850   2W323      - KEMMERER, DOUGL      5/29/2010  5:01:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:01:42 JDCD03 HAD KORN THREAD MY MK II. THE OTHER
BBL CAME THREADED

5816853   2S321      - CRAIG, MARCUS        5/29/2010  5:02:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 05:02:05 2M389 746 POWELL OR HQ IN 20

5816860   2M389      - WOOD, TYRONE         5/29/2010  5:02:00AM              32
2M389 TKWOOD WOOD, TYRONE 05/29/10 05:02:28 2S321 WERE ARE EROUTE TO HQ NOW

5816863   2S321      - CRAIG, MARCUS        5/29/2010  5:02:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 05:02:37 2M389 K

5816865   2W323      - KEMMERER, DOUGL      5/29/2010  5:02:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:02:47 JDCD03 JEFF KORN     SUPER GUNSMITH

5816866   2S7        - BONENBERGER, DA      5/29/2010  5:02:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 05:02:51 2W8 STARTED TO PULL AWAY WHEN BEING WALKED
TO THE CAR, HE WAS THEN PUT AGAINST THE ACR TO GAIN CONTROL.   HIS HEAD HIT THE HOOD.

5816869   2E35       - MCKINNEY, ELIZA      5/29/2010  5:03:00AM              32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 05:03:22 2W33 DO YOU NEED HIS DRIVING STATUS? HE'S HTV

5816871   2S321      - CRAIG, MARCUS        5/29/2010  5:03:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 05:03:26 2M389 U COULD DOINTOX AT HQ

5816875   2W323      - KEMMERER, DOUGL      5/29/2010  5:04:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:04:07 JDCD03 YES ON THE 22'S     OTHERS VARY GREATLY

5816876   2M389      - WOOD, TYRONE         5/29/2010  5:04:00AM              32
2M389 TKWOOD WOOD, TYRONE 05/29/10 05:04:09 2S321 NO WAY GHOST WRITER

5816879   2S7        - BONENBERGER, DA      5/29/2010  5:04:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 05:04:43 2M389 ABOUT 545 OR 6, CUT OUT.   PUT LOG SHEET IN
SOUTH DESK
5816882   2M389      - WOOD, TYRONE         5/29/2010  5:05:00AM              32
2M389 TKWOOD WOOD, TYRONE 05/29/10 05:05:03 2S7 OK, THANKS!

5816883   2W8        - TALSMA, BRIAN        5/29/2010  5:05:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 05:05:05 2S7 WAS HE INJURED?

5816884   2S7        - BONENBERGER, DA      5/29/2010  5:05:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 05:05:33 2W8 NO, JUST COMPLAINING

5816887   2W323      - KEMMERER, DOUGL      5/29/2010  5:05:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:05:44 JDCD03 THE GEMTECH 45 CAN IS OFFERED IN LIKE
20 DIFF CONFIGS, INCL LEFT HANDED FOR HK
5816891   2W8        - TALSMA, BRIAN        5/29/2010  5:05:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 05:05:57 2S7 IDIOT.... I FIGURED HE WOULD RUN ON THE MOPED OR
FOOT IF FOUND. GO FIGURE.

Log Report                     Msg Count :  399                                    20

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|

**Message Or Action**

5816892   2W323   - KEMMERER, DOUGL        5/29/2010  5:06:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:06:09 JDCD03 22 CANS ARE AROUND 250ISH

5816894   2W323   - KEMMERER, DOUGL        5/29/2010  5:06:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:06:18 JDCD03 FOR A GOOD ONE

5816896   2W323   - KEMMERER, DOUGL        5/29/2010  5:06:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:06:33 JDCD03 CHEAPER ARE ARND 2

5816897   2S7     - BONENBERGER, DA        5/29/2010  5:06:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 05:06:38 2W8 PBT .127, HE WAS 2 HOUSES AWAY FROM HOME

5816898   2W8     - TALSMA, BRIAN          5/29/2010  5:06:00AM              32
2W8 BTALSMA TALSMA, BRIAN 05/29/10 05:06:53 2S7 SOOOOOOOO CLOSE...

5816899   2E35    - MCKINNEY, ELIZA        5/29/2010  5:07:00AM              32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 05:06:59 2S331 WELL THIS WORKED OUT NICELY

5816900   2W323   - KEMMERER, DOUGL        5/29/2010  5:07:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:07:01 JDCD03 PLUS DA ATAMP

5816901   2W323   - KEMMERER, DOUGL        5/29/2010  5:07:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:07:06 JDCD03 STAMP

5816902   2S7     - BONENBERGER, DA        5/29/2010  5:07:00AM              32
2S7 DBONENBERGE BONENBERGER, DA 05/29/10 05:07:09 2W8 YET SO FAR AWAY

5816905   2W323   - KEMMERER, DOUGL        5/29/2010  5:07:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:07:35 JDCD03 TEXT ME YOUR OPS LIST ON CELL PHONE

5816906   2W323   - KEMMERER, DOUGL        5/29/2010  5:07:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:07:50 JDCD03 BUT THE BABY HAS TO EAT

5816910   2W323   - KEMMERER, DOUGL        5/29/2010  5:08:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:08:20 JDCD03 I HAD A SALAD, THANK YOU

5816917   2S321   - CRAIG, MARCUS          5/29/2010  5:09:00AM              32
2S321 MCRAIG CRAIG, MARCUS 05/29/10 05:09:12 2M389 WHOOOOOOO

5816920   2M389   - WOOD, TYRONE           5/29/2010  5:09:00AM              32
2M389 TKWOOD WOOD, TYRONE 05/29/10 05:09:35 2S321 I WAS JUST HAPPY TO CATCH HIM

5816923   2E321   - OAKLEY, JONATHO        5/29/2010  5:10:00AM              32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 05:10:45 2M389 YOU THERE

5816925   2M389   - WOOD, TYRONE           5/29/2010  5:10:00AM              32
2M389 TKWOOD WOOD, TYRONE 05/29/10 05:10:52 2E321 YEA

5816926   2W323   - KEMMERER, DOUGL        5/29/2010  5:11:00AM              32
2W323 DKEMMERER KEMMERER, DOUGL 05/29/10 05:10:57 JDCD03 YES

Log Report                     Msg Count : 399                                    21

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00 AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|

**Message Or Action**

5816927    2E321    - OAKLEY, JONATHO    5/29/2010  5:11:00AM    32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 05:11:07 2M389 WHAT WAS THAT IDIOTS NAME FROM LEMERGIO

5816928    2M389    - WOOD, TYRONE    5/29/2010  5:11:00AM    32
2M389 TKWOOD WOOD, TYRONE 05/29/10 05:11:18 2E321 JOHN ADAMS

5816929    2E321    - OAKLEY, JONATHO    5/29/2010  5:11:00AM    32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 05:11:25 2M389 OK, TY

5816931    2M389    - WOOD, TYRONE    5/29/2010  5:11:00AM    32
2M389 TKWOOD WOOD, TYRONE 05/29/10 05:11:46 2S312 HANK PUT ME UP TO IT

5816933    2S312    - WINSETT, NICK    5/29/2010  5:12:00AM    32
2S312 NWINSETT WINSETT, NICK 05/29/10 05:12:25 2M389 YOU TELL MITTENDORF (HANK) TO QUIT CRYING AND GO HOME

5816935    2M389    - WOOD, TYRONE    5/29/2010  5:13:00AM    32
2M389 TKWOOD WOOD, TYRONE 05/29/10 05:13:16 2S312 I'VE ALREADY TOLD HIM I AINT RUNNING NO MORE!!!!PUT THE BLINDERS ON.   I THINK HE SPENT TOO MUCH TIME WITH DEEG

5816940    2S312    - WINSETT, NICK    5/29/2010  5:14:00AM    32
2S312 NWINSETT WINSETT, NICK 05/29/10 05:14:10 2M389 THATS WHAT I TOLD HIM AT THE JAIL, HE SHOULD HAVE PUT THE BLINDERS ON AND WENT ON. YOU GUYS WOULD HAVE BEEN HOME 2 HRS AGO.

5816941    2S312    - WINSETT, NICK    5/29/2010  5:14:00AM    32
2S312 NWINSETT WINSETT, NICK 05/29/10 05:14:51 2M389 AS MUCH AS HE CRIES AND WHINES, YOU WOULD THINK HE HAS BEEN RIDING WITH ERIC MIDDENDORF

5816943    2M389    - WOOD, TYRONE    5/29/2010  5:15:00AM    32
2M389 TKWOOD WOOD, TYRONE 05/29/10 05:15:56 2S312 SEEMS LIKE U R GETTIN AWFUL DEFENSIVE. JUST LIKE KROGMAN

5816975    2M389    - WOOD, TYRONE    5/29/2010  5:18:00AM    32
2M389 TKWOOD WOOD, TYRONE 05/29/10 05:18:44 2S312 THAT LAST ONE WAS FROM HANK

5816982    2E321    - OAKLEY, JONATHO    5/29/2010  5:20:00AM    32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 05:20:38 JDCD07 WELL YOU HAVE A GOOD ONE

5816985    2E321    - OAKLEY, JONATHO    5/29/2010  5:21:00AM    32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 05:21:19 JDCD07 I MAY NOT BE ABLE TO GET IN MY BED.

5816989    2E321    - OAKLEY, JONATHO    5/29/2010  5:21:00AM    32
2E321 JOAKLEY OAKLEY, JONATHO 05/29/10 05:21:50 JDCD07 TARA MAY BE SO PASSED OUT I MAY NOT BE ABLE TO MOVE THE DEAD WEIGHT

5817007    2E35    - MCKINNEY, ELIZA    5/29/2010  5:28:00AM    32
2E35 EMCKINNEY MCKINNEY, ELIZA 05/29/10 05:28:14 2S331 THIS TOW TICKET WILL DEF GET DENIED!

5817075    2W334    - WEIGANT, JOEY    5/29/2010  5:41:00AM    32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 05:41:48 JDCD10 IM 1 LINE FROM FULL.

5817117    2W334    - WEIGANT, JOEY    5/29/2010  5:55:00AM    32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 05:55:13 JDCD10 NO DOUBT.   ME2

5817121    2W312    - TAYLOR, JACOB    5/29/2010  5:56:00AM    32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 05:56:17 2W334 WEIRD NITE?

**Log Report**                         Msg Count :  399                                        22

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|-----------|------------------|-----|--------|
| **Message Or Action** | | | |

5817125    2W334    - WEIGANT, JOEY        5/29/2010  5:57:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 05:57:52 2W312 OMG

5817129    2W334    - WEIGANT, JOEY        5/29/2010  5:59:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 05:59:50 2W312 I AM 1 LINE FROM FULL

5817130    2W312    - TAYLOR, JACOB        5/29/2010  6:00:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:00:01 2W334 IM FILLIN IT OUT NOW

5817131    2W334    - WEIGANT, JOEY        5/29/2010  6:00:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:00:13 2W312 I GOT 5 CONTACTS

5817132    2W312    - TAYLOR, JACOB        5/29/2010  6:00:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:00:23 2W334 SWEET

5817133    2W312    - TAYLOR, JACOB        5/29/2010  6:00:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:00:37 2W334 U NEED FUEL!

5817134    2W334    - WEIGANT, JOEY        5/29/2010  6:00:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:00:49 2W312 I THINK I DO

5817141    2W334    - WEIGANT, JOEY        5/29/2010  6:02:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:02:47 JDCD10 THAT TOTALLY SUX.   EVERY DAMN DAY

5817148    2W334    - WEIGANT, JOEY        5/29/2010  6:04:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:04:03 JDCD10 NO JOKE

5817149    2W334    - WEIGANT, JOEY        5/29/2010  6:04:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:04:14 JDCD10 YOU TOOK MOST OF THAT

5817152    2W334    - WEIGANT, JOEY        5/29/2010  6:04:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:04:45 JDCD10 AT 603, THAT COULDVE BEEN HELD?????????

5817153    2W334    - WEIGANT, JOEY        5/29/2010  6:05:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:05:11 JDCD05 AT 603, THAT COULDNTVE BEEN HELD?????

5817155    2W334    - WEIGANT, JOEY        5/29/2010  6:05:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:05:52 JDCD10 FINE, MAKE A VALID POINT...

5817162    2W334    - WEIGANT, JOEY        5/29/2010  6:06:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:06:21 JDCD10 LIKE THAT WAS A GOAL OR SUMPIN

5817165    2W334    - WEIGANT, JOEY        5/29/2010  6:07:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:06:57 JDCD10 SERIOUSLY, DAY SHIFT GOES OUT IN ANOTHER 2
MINUTES
5817172    2W334    - WEIGANT, JOEY        5/29/2010  6:08:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:08:51 JDCD10 YEAH

5817176    2W334    - WEIGANT, JOEY        5/29/2010  6:10:00AM              32
2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:10:32 JDCD10 AT 6 TMRW IM CUTTING YOUR PHONE LINES

Log Report                                    Msg Count :  399                                    23

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00
AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|---|---|---|---|
| Message Or Action | | | |

5817189    2W312       - TAYLOR, JACOB         5/29/2010  6:17:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:17:35 JDCD07 GUESS THEY DIDNT START OUT SLOW ENOUGH

5817192    2W312       - TAYLOR, JACOB         5/29/2010  6:18:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:18:32 JDCD07 SEE, ITS NOT DIFFIULT

5817195    2W312       - TAYLOR, JACOB         5/29/2010  6:19:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:19:10 JDCD07 WELL, FOR SOME PEOPLE IT IS

5817196    2W312       - TAYLOR, JACOB         5/29/2010  6:19:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:19:24 JDCD07 OR SOMEBODY

5817199    2W312       - TAYLOR, JACOB         5/29/2010  6:20:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:20:15 JDCD07 I KNOW WHERE I STAND

5817206    2W312       - TAYLOR, JACOB         5/29/2010  6:21:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:21:19 JDCD07 WHY

5817209    2W312       - TAYLOR, JACOB         5/29/2010  6:22:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:22:03 JDCD07 SELF CONTROL

5817213    2W312       - TAYLOR, JACOB         5/29/2010  6:22:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:22:40 JDCD07 YUP

5817215    2W312       - TAYLOR, JACOB         5/29/2010  6:22:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:22:56 JDCD07 BUT ULL NVR SHOW TO A MEAL OR BOBS OR ETC
ETC
5817221    2W312       - TAYLOR, JACOB         5/29/2010  6:25:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:25:48 JDCD07 I SAID THIS BEFORE. I WOULD NEVER ASK U TO
LEAVE IF U SHOWED
5817227    2W312       - TAYLOR, JACOB         5/29/2010  6:26:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:26:36 JDCD07 IM ALWAYS THERE

5817228    2W312       - TAYLOR, JACOB         5/29/2010  6:26:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:26:45 JDCD07 AND, I WORK DEAC TODAY....NEED A DINNER DATE

5817231    2W312       - TAYLOR, JACOB         5/29/2010  6:27:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:27:16 JDCD07 AND JUNE 14 TH ON MY NIGHT OFF....

5817235    2W312       - TAYLOR, JACOB         5/29/2010  6:27:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:27:40 JDCD07 I WAS ALONE YESTERDAY FROM 7P - 130A

5817238    2W312       - TAYLOR, JACOB         5/29/2010  6:28:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:28:30 JDCD07 NOPE, CUZ U WOULDNT SHO

5817243    2W312       - TAYLOR, JACOB         5/29/2010  6:29:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:29:25 JDCD07 SEE

5817245    2W312       - TAYLOR, JACOB         5/29/2010  6:29:00AM              32
2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:29:50 JDCD07 HAVE A GOOD REST TODAY

Log Report                              Msg Count :  399                                              24

SELECT * FROM plog WHERE (unitid LIKE '2%') AND (acttype = 32) AND (rectime >= '5/29/2010 12:00:00 AM' AND rectime <= '5/29/2010 7:00:00 AM') ORDER BY actindex

| Log Entry | Unit - User Name | At | Action |
|-----------|------------------|-----|--------|
| **Message Or Action** | | | |
| 5817246 | 2W312     - TAYLOR, JACOB | 5/29/2010  6:30:00AM | 32 |
| 2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:29:57 JDCD07 NITE | | | |
| 5817251 | 2W312     - TAYLOR, JACOB | 5/29/2010  6:30:00AM | 32 |
| 2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:30:15 JDCD07 7HRS IS NOT A MINUTE | | | |
| 5817252 | 2W312     - TAYLOR, JACOB | 5/29/2010  6:30:00AM | 32 |
| 2W312 JTAYLOR TAYLOR, JACOB 05/29/10 06:30:17 JDCD07 XO | | | |
| 5817258 | 2W334     - WEIGANT, JOEY | 5/29/2010  6:33:00AM | 32 |
| 2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:33:42 JDCD10 WHEN ISRACE?? | | | |
| 5817260 | 2W334     - WEIGANT, JOEY | 5/29/2010  6:34:00AM | 32 |
| 2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:34:05 JDCD10 YOU COME OVER? | | | |
| 5817262 | 2W334     - WEIGANT, JOEY | 5/29/2010  6:34:00AM | 32 |
| 2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:34:34 JDCD10 UNDERSTOOD | | | |
| 5817265 | 2W334     - WEIGANT, JOEY | 5/29/2010  6:34:00AM | 32 |
| 2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:34:55 JDCD10 BUT, YOU WILL BE AT OUR HOUSE....... | | | |
| 5817267 | 2W334     - WEIGANT, JOEY | 5/29/2010  6:35:00AM | 32 |
| 2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:35:55 JDCD10 I KNOW | | | |
| 5817269 | 2W334     - WEIGANT, JOEY | 5/29/2010  6:36:00AM | 32 |
| 2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:36:30 JDCD10 UNDERSTOOD | | | |
| 5817274 | 2W334     - WEIGANT, JOEY | 5/29/2010  6:37:00AM | 32 |
| 2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:37:10 JDCD10 K | | | |
| 5817278 | 2W334     - WEIGANT, JOEY | 5/29/2010  6:38:00AM | 32 |
| 2W334 JWEIGANT WEIGANT, JOEY 05/29/10 06:38:00 JDCD10 UM, YEAH SHE WILL | | | |
| 5817361 | 2W11     - MCDANIEL, TERRY | 5/29/2010  6:59:00AM | 32 |
| 2W11 TJMCDANIEL MCDANIEL, TERRY 05/29/10 06:59:30 2W14 LET ME KNOW WHEN | | | |