

# Evansville Police Department

Brad Hill
Chief of Police

15 N.W. Martin Luther King, Jr. Blvd.
Evansville, Indiana 47708
TX 812-436-7896 • TDD 812-436-7975 • FAX 812-435-6175 • E-MAIL evansvillepolice.com

DATE:    September 15, 2010

TO:    Patrol Personnel

FROM:    Captain Gary Voegel

SUBJECT:    Spontaneous Demonstrations and Civil Disturbances

Civil Disturbances are demonstrations or large gatherings of any kind that escalate into disturbances needing crowd management, control and/or dispersal.

Following are some basic guidelines the first officer to arrive can follow when making runs that deal with or potentially could deal with Civil Disturbance issues.
1. Quickly observe the situation from a safe distance to determine whether the gathering is lawful or unlawful and/or currently or potentially violent.
2. Notify dispatch of the situation's nature and seriousness. Do you see any weapons? Is there physical or verbal fighting? How many participants are there and etc.?
3. Request a supervisor and necessary back up.
4. Request a video camera.
5. Give verbal warnings over your P. A. system for the crowd to disburse. If the crowd turns on you before assistance arrives, drive away from the threat.
6. Stay in contact with enroute units as to movements of the crowd...especially after you have given them verbal warnings to leave.
7. Attempt to identify crowd leaders, agitators and anyone engaged in illegal activity. If possible, note this for further use.
8. Do not approach on your own, unless lives are in jeopardy, until assistance arrives.

The first supervisor on scene shall:
1. Assess the situation and request sufficient personnel and needed related resources.
2. Make sure the disturbance is being recorded. If it is not, assign an officer just for that task.
3. If officers aren't deployed, do so making sure to give the individuals involved an exit from the disturbance.
4. Continually give verbal commands over the P. A. system.
5. Take what action you deem necessary to protect officers and citizens from harm.



EXHIBIT D