# Ted Ziemer

**From:** Pugh, Chris <CPugh@evansvillepolice.com>
**Sent:** Monday, December 09, 2013 11:38 AM
**To:** Ted Ziemer
**Subject:** FW: Please review 'Crowd Management'

**Categories:** Red Category



Chris Pugh
Assistant Chief of Police
Evansville Police Department
15 N.W. Martin Luther King, Jr. Boulevard
Evansville, Indiana 47708

(812) 436-7896
cpugh@evansvillepolice.com

**From:** Voegel, Gary
**Sent:** Wednesday, December 04, 2013 11:09 AM
**To:** Hill, Brad; Pugh, Chris
**Subject:** Please review 'Crowd Management'

I must say...this is a well written document.

**From:** Hill, Brad
**Sent:** Wednesday, December 04, 2013 11:00 AM
**To:** Pugh, Chris; Voegel, Gary
**Cc:** Hill, Brad
**Subject:** FW: Please review 'Crowd Management'

Here is the memo on crowd control I referred to.

**From:** Voegel, Gary
**Sent:** Friday, March 04, 2011 8:26 AM
**To:** Hill, Brad
**Cc:** Hahn, Robert
**Subject:** Please review 'Crowd Management'

I attached the form I sent. The document Rick sent needs looked at. I got it earlier and made notes on it. We never discussed it.

> -----Original Message-----
> **From:** Hill, Brad
> **Sent:** Thursday, March 03, 2011 6:07 PM
> **To:** Voegel, Gary
> **Cc:** Hill, Brad
> **Subject:** FW: Please review 'Crowd Management'
> **Importance:** High
>
> Gary,

1



Did we ever approve this? Didn't you send something out by e-mail or memo regarding crowd control after Scottish Rite? Can you send me that? I couldn't find it.

Thanks

**From:** Hubbard, Richard
**Sent:** Wednesday, September 15, 2010 3:24 PM
**To:** Hill, Brad; Hahn, Robert; Voegel, Gary; Pugh, Chris
**Cc:** Kochersperger, Walter
**Subject:** Please review 'Crowd Management'
**Importance:** High

Please review the attached document. Please advise me of any changes that you want to make. This is a rough draft.