UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KIVON D. REDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 3:12-cv-70-RLY-WGH |
| | ) |
| THE CITY OF EVANSVILLE, | ) |
| INDIANA, MICHAEL R. WARD, | ) |
| JOHN PIESZCHALSKI and | ) |
| BRAD HILL or his SUCCESSOR | ) |
| IN OFFICE AS THE CHIEF OF | ) |
| POLICE FOR THE CITY OF | ) |
| EVANSVILLE, INDIANA, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION *IN LIMINE*

Plaintiff, Kivon Redd, by counsel, respectfully moves this Court for an order *in limine* precluding Defendant from presenting or making reference to all evidence and testimony pertaining in any manner to the following categories of evidence:

(a) Any evidence relating to Plaintiff's unrelated conviction of conversion, a class A misdemeanor;

(b) Any testimony and/or evidence by Defendant's expert witness, James Berry, as to opinions which embrace ultimate legal conclusions and opinions as to credibility of witnesses;

(c) Any evidence relating to any statements made by Redd following his arrest by Defendant Officers.

(d) Any evidence relating to any audio recording of any 911 call made regarding the incident at the Scottish Rite on May 29, 2010;

(e) Any evidence relating to settlement negotiations.

WHEREFORE, Plaintiff, Kivon Redd, respectfully requests the Court exclude any and all evidence and testimony pertaining in any way to the above-referenced matters.

Respectfully submitted,

s/ Kyle F. Biesecker  _____
Kyle F. Biesecker, Attorney No. 24095-49
B. Michael Macer, Attorney No.
BIESECKER, DUTKANYCH & MACER, LLC
411 Main St.
Evansville, IN 47708
Telephone:  (812) 424-1002
Facsimile:   (812) 424-1005
Email: kfb@bdlegal.com
          mmacer@bdlegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2014, a copy of the foregoing *Plaintiff's Motion in Limine* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

For Defendants:

Reed S. Schmitt
RHINE ERNEST, LLP
rschmitt@rhine-ernest.com

Theodore C. Ziemer IV
RHINE ERNEST LLP
tziemer@rhine-ernest.com

s/Kyle F. Biesecker_____
Kyle F. Biesecker